**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chase Hamano | CASE NUMBER |
| | 2:19-cv-03788 SVW(AFMx) |
| v.          PLAINTIFF(S) | |
| Activision Blizzard, Inc. et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |
| DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____          _____
Date          Manuel L. Real
          United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The low-number case was voluntarily dismissed without any substantial work being done. No substantial duplication of labor if heard by a different judge.

_____          _____
May 30, 2019          United States District Judge
Date

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case ___2:19-cv-00423 R(AFMx)___ and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or

☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____   _____.

On all documents subsequently filed in this case, please substitute the initials _____ _____ after the case number in place of the initials of the prior judge, so that the case number will read ___ _____ ___. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (03/19)          **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)**