UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, AND COLLISTER JOHNSON,<br><br>                    Defendants. | Case No.  2:19-CV-03788-SVW-AFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT**<br><br>Date:        September 16, 2019<br>Time:        1:30 p.m.<br>Judge:      Hon. Stephen V. Wilson |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**[PROPOSED] ORDER GRANTING RJN ISO
MTD CONSOLIDATED COMPLAINT
2:19-CV-03788-SVW-AFM**

Upon consideration of Defendants' Request for Judicial Notice, the points and authorities therein, and all other documents of record, it is hereby **ORDERED** that:

**1.** The Request for Judicial Notice is **GRANTED**; and

**2.** The Court will take judicial notice of Exhibits A–L listed in the Request for Judicial Notice, and attached to the Declaration of Ryan E. Blair in Support of Defendants' Motion to Dismiss the Consolidated Complaint, filed concurrently with Defendants' Request for Judicial Notice.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Stephen V. Wilson
United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

[PROPOSED] ORDER GRANTING RJN ISO
MTD CONSOLIDATED COMPLAINT
2:19-CV-03788-SVW-AFM