ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG (179109)
TRIG R. SMITH (237399)
ALEXI H. PFEFFER-GILLETT (313709)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
agillett@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACTIVISION BLIZZARD, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-03788-SVW-AFM <br><br> <u>CLASS ACTION</u> <br><br> PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT <br><br> DATE: September 16, 2019 <br> TIME: 1:30 p.m. <br> JUDGE: Hon. Stephen V. Wilson |

Cases\4850-4145-5010.v1-8/23/19

Lead Plaintiff United Association Local Union 393 Defined Benefit Pension Plan and Defined Contribution Plans ("Lead Plaintiff") hereby submits its statement of non-opposition to Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss the Consolidated Complaint.  ECF No. 79.  Lead Plaintiff does not oppose Defendants' request to consider Exhibits E, F, G, I, J, K, or L under the incorporation by reference doctrine.

Lead Plaintiff also does not oppose Defendants' request for the Court to judicially notice Exhibits A, B, C, D, and H, which are excerpts from Activision's 2014-2018 10-K SEC filings.  These Exhibits, however, are not appropriate for incorporation by reference because the Consolidated Complaint neither refers extensively to them, nor do they form the basis of the claims.  *See United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) ("Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim.").  Defendants cite a single paragraph in the Consolidated Complaint for Violations of the Federal Securities Laws (ECF No. 76), ¶28, as referencing these Exhibits.  But this paragraph does not even mention any of the Exhibit documents, much less "refer[] extensively" to them.  *See Ritchie*, 342 F.3d at 908.  Nor do the Exhibit documents, which fall outside of the Class Period and are not alleged to contain misrepresentations or disclosures, "form[] the basis of" Lead Plaintiff's claims.  *See id.*  These Exhibits, therefore, are not appropriate for incorporation by reference. They may be judicially noticed for "undisputed matters of public record," but not for "disputed facts stated in public records."  *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001) (emphasis omitted); *see also Maiman v. Talbott*, No. SACV 09-0012 AG (ANX), 2010 WL 11421950, at *7 (C.D. Cal. Aug. 9, 2010) ("[W]hile it

- 1 -

may be appropriate to judicially notice the existence of SEC filings and their contents, judicial notice should not be taken of the truth of their contents.") (emphasis omitted).

DATED:  August 23, 2019

ROBBINS GELLER RUDMAN
 & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
ALEXI H. PFEFFER-GILLETT


s/ ALEXI H. PFEFFER-GILLETT
ALEXI H. PFEFFER-GILLETT

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Lead Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on August 23, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ALEXI H. PFEFFER-GILLETT
ALEXI H. PFEFFER-GILLETT

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  AGillett@rgrdlaw.com

Cases\4850-4145-5010.v1-8/23/19

# Mailing Information for a Case 2:19-cv-03788-SVW-AFM Chase Hamano v. Activision Blizzard, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alaina Ashley Bird**
  lbird@irell.com

- **Ryan E Blair**
  rblair@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Koji F Fukumura**
  kfukumura@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com

- **Tor Gronborg**
  torg@rgrdlaw.com,crosini@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Todd L Kammerman**
  tkammerman@aftlaw.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Marvin A Miller**
  mmiller@millerlawllc.com,JRamirez@millerlawllc.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Alexi Pfeffer-Gillett**
  agillett@rgrdlaw.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Heather Marie Speers**
  hspeers@cooley.com,bbrant@cooley.com,efiling-notice@ecf.pacerpro.com

- **Erin Carey Trenda**
  etrenda@cooley.com,kjones@cooley.com,efiling-notice@ecf.pacerpro.com

- **Craig Varnen**
  cvarnen@irell.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)