COOLEY LLP
KOJI F. FUKUMURA (189719)(kfukumura@cooley.com)
RYAN E. BLAIR (246724) (rblair@cooley.com)
ERIN C. TRENDA (277155) (etrenda@cooley.com)
HEATHER M. SPEERS (305380) (hspeers@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

*Attorneys for Defendants Activision Blizzard, Inc.,
Robert A. Kotick, and Collister Johnson*

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN AND COLLISTER JOHNSON,<br><br>            Defendants. | Case No.  2:19-CV-03788-SVW-AFM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**<br><br>Date:     October 28, 2019<br>Time:    1:30 p.m.<br>Judge:   Hon. Stephen V. Wilson<br><br>***Oral Argument Requested*** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 28, 2019, at 1:30 p.m., or as soon thereafter as this motion may be heard in Courtroom 10A of the above-titled Court, located at 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, Defendants Activision Blizzard, Inc., Robert A. Kotick, Spencer Neumann, and Collister Johnson (collectively "Defendants") will and hereby do move the Court, pursuant to Local Rule 7-18 and the Court's inherent power to reevaluate its rulings before and after an order is signed and entered, to reconsider its September 11, 2019 Scheduling Notice/In Chambers Order (the "Order") denying Defendants' Motion to Dismiss the Consolidated Complaint. (Dkt. 84.)

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all records and papers on file in this action, and any argument offered at any hearing on this motion. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on September 17, 2019.

Dated: September 25, 2019     COOLEY LLP

*/s/ Koji F. Fukumura*
Koji F. Fukumura (189719)
Attorneys for Defendants
ACTIVISION BLIZZARD, INC.,
ROBERT A. KOTICK, AND
COLLISTER JOHNSON

Dated: September 25, 2019     IRELL & MANELLA LLP

*/s/ Craig Varnen*
Craig Varnen (170263)
Alaina Bird (318044)

Attorneys for Defendant
SPENCER NEUMANN

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

NOTICE OF MOTION AND MOTION
FOR RECONSIDERATION
2:19-CV-03788-SVW-AFM

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Koji F. Fukumura, attest on behalf of all other signatories that concurrence in the content of this filing and authorization to make this filing have been obtained from each of the other signatories.

Dated:     September 25, 2019

/s/  *Koji F. Fukumura*
Koji F. Fukumura

211495289

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

NOTICE OF MOTION AND MOTION
FOR RECONSIDERATION
2:19-CV-03788-SVW-AFM