UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN AND COLLISTER JOHNSON,<br><br>        Defendants. | Case No.  2:19-CV-03788-SVW-AFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION**<br><br><br>Judge:    Hon. Stephen V. Wilson |

Defendants Activision Blizzard, Inc., Robert A. Kotick, Spencer Neumann and Collister Johnson's Motion for Reconsideration (the "Motion") came on for hearing on October 28, 2019 in the above-titled Court.  Having considered the papers and arguments in support of and in opposition to the Motion, and for good cause shown, the Court **GRANTS** the Motion.  The Consolidated Complaint (Dkt. No. 76) is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
*Hon. Stephen V. Wilson*
United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION 2:19-CV-03788-SVW-AFM**