ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG (179109)
SCOTT H. SAHAM (188355)
TRIG R. SMITH (237399)
MATTHEW I. ALPERT (238024)
SARA B. POLYCHRON (244685)
ALEXI H. PFEFFER-GILLETT (313709)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
scotts@rgrdlaw.com
trigs@rgrdlaw.com
malpert@rgrdlaw.com
spolychron@rgrdlaw.com
agillett@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACTIVISION BLIZZARD, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-03788-SVW-AFM <br><br> <u>CLASS ACTION</u> <br><br> STIPULATION REGARDING PROTECTIVE ORDER |

4812-7496-3368.v1

Lead Plaintiff United Association Local Union 393 Defined Benefit Pension Plan and Defined Contribution Plans and counsel for Defendants Activision Blizzard, Inc., Robert A. Kotick, Spencer Neumann and Collister Johnson, by and through their undersigned counsel, hereby stipulate and respectfully jointly ask the Court to approve the proposed Stipulated Protective Order attached as Exhibit A.  The Stipulated Protective Order is based substantially on the model protective order provided under the Court's procedures.  Pursuant to the Court's procedures, a redline showing all differences between the Stipulated Protective Order and the model order has been emailed to AFM_Chambers@cacd.uscourts.gov.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  September 30, 2019    ROBBINS GELLER RUDMAN & DOWD LLP

s/ Tor Gronborg

TRIG R. SMITH
TOR GRONBORG
ALEXI H. PFEFFER-GILLETT

Attorneys for Lead Plaintiff

DATED:  September 30, 2019    COOLEY LLP

s/ Koji F. Fukumura

KOJI F. FUKUMURA (189719)
RYAN E. BLAIR (246724)
ERIN C. TRENDA (277155)
HEATHER M. SPEERS (305380)

Attorneys for Defendants
ACTIVISION BLIZZARD, INC.,
ROBERT A. KOTICK, AND
COLLISTER JOHNSON

DATED:  September 30, 2019    IRELL & MANELLA LLP
LOS ANGELES

s/ Craig Varnen

CRAIG VARNEN (170263)
ALAINA BIRD (318044)

Attorneys for Defendant
SPENCER NEUMANN

- 1 -

4812-7496-3368.v1

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, TOR GRONBORG, am the ECF user whose identification and password are being used to file this STIPULATION REGARDING PROTECTIVE ORDER. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document was obtained from all parties whose electronic signatures appear above.

DATED: September 30, 2019

ROBBINS GELLER RUDMAN
& DOWD LLP
TOR GRONBORG
SCOTT H. SAHAM
TRIG R. SMITH
MATTHEW I. ALPERT
SARA B. POLYCHRON
ALEXI H. PFEFFER-GILLETT

s/ Tor Gronborg
TOR GRONBORG

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

- 2 -

4812-7496-3368.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 30, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Tor Gronborg
TOR GRONBORG

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  torg@rgrdlaw.com

- 3 -

4812-7496-3368.v1

# Mailing Information for a Case 2:19-cv-03788-SVW-AFM Chase Hamano v. Activision Blizzard, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com,2127683420@filings.docketbird.com

- **Alaina Ashley Bird**
  lbird@irell.com

- **Ryan E Blair**
  rblair@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Koji F Fukumura**
  kfukumura@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com

- **Tor Gronborg**
  torg@rgrdlaw.com,crosini@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Todd L Kammerman**
  tkammerman@aftlaw.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Marvin A Miller**
  mmiller@millerlawllc.com,JRamirez@millerlawllc.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Alexi Pfeffer-Gillett**
  agillett@rgrdlaw.com

- **Sara B Polychron**
  spolychron@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com,9138481420@filings.docketbird.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Heather Marie Speers**
  hspeers@cooley.com,bbrant@cooley.com,efiling-notice@ecf.pacerpro.com

- **Erin Carey Trenda**
  etrenda@cooley.com,kjones@cooley.com,efiling-notice@ecf.pacerpro.com

- **Craig Varnen**
  cvarnen@irell.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`