ROBBINS GELLER RUDMAN
 & DOWD LLP
TOR GRONBORG (179109)
SCOTT H. SAHAM (188355)
TRIG R. SMITH (237399)
MATTHEW I. ALPERT (238024)
SARA B. POLYCHRON (244685)
ALEXI H. PFEFFER-GILLETT (313709)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
scotts@rgrdlaw.com
trigs@rgrdlaw.com
malpert@rgrdlaw.com
spolychron@rgrdlaw.com
agillett@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACTIVISION BLIZZARD, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-03788-SVW-AFM <br><br> <u>CLASS ACTION</u> <br><br> PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION <br><br> Date: December 9, 2019 <br> Time: 1:30 p.m. <br> Judge: Hon. Steven V. Wilson <br><br> **Oral Argument Requested** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on December 9, 2019, at 1:30 p.m., or as soon thereafter as Plaintiff's Motion for Reconsideration (the "Motion") may be heard in Courtroom 10A of the above-titled Court, located at 350 West 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, Lead Plaintiff United Association Local Union 393 Defined Benefit Pension Plan and Defined Contribution Plans will and hereby do move the Court, pursuant to Civil Local Rule 7-18 and the Court's inherent power to reevaluate its rulings before and after an order is signed and entered, to reconsider its October 17, 2019 Order Granting Defendants' Motion for Reconsideration and Granting Defendants' Motion to Dismiss (ECF No. 111).

This Motion is based on this Notice of Motion and Motion for Reconsideration, the accompanying Memorandum of Points and Authorities in Support of Motion for Reconsideration, all records and papers on file in this action and any argument offered at any hearing on this Motion.  This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 25, 2019.

DATED:  November 1, 2019

ROBBINS GELLER RUDMAN
 & DOWD LLP
TOR GRONBORG
SCOTT H. SAHAM
TRIG R. SMITH
MATTHEW I. ALPERT
SARA B. POLYCHRON
ALEXI H. PFEFFER-GILLETT

s/ Trig R. Smith
TRIG R. SMITH

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Lead Plaintiff

- 1 -

Cases\4836-1777-9883.v1-11/1/19

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 1, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Trig R. Smith
TRIG R. SMITH

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  trigs@rgrdlaw.com

- 2 -

# Mailing Information for a Case 2:19-cv-03788-SVW-AFM Chase Hamano v. Activision Blizzard, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com,MAlpert@ecf.courtdrive.com

- **Alaina Ashley Bird**
  lbird@irell.com

- **Ryan E Blair**
  rblair@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Neil N Desai**
  ndesai@wsgr.com,hvecino@wsgr.com,calendar@wsgr.com

- **Koji F Fukumura**
  kfukumura@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com

- **Tor Gronborg**
  torg@rgrdlaw.com,crosini@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stephanie L Jensen**
  sjensen@wsgr.com

- **Todd L Kammerman**
  tkammerman@aftlaw.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Marvin A Miller**
  mmiller@millerlawllc.com,JRamirez@millerlawllc.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Alexi Pfeffer-Gillett**
  agillett@rgrdlaw.com

- **Sara B Polychron**
  spolychron@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,ScottS@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Heather Marie Speers**
  hspeers@cooley.com,bbrant@cooley.com,efiling-notice@ecf.pacerpro.com

- **Jason M Storck**
  jstorck@wsgr.com

- **Erin Carey Trenda**
  etrenda@cooley.com,kjones@cooley.com,efiling-notice@ecf.pacerpro.com

- **Craig Varnen**
  cvarnen@irell.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)