UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACTIVISION BLIZZARD, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-03788-SVW-AFM <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION |

4835-2702-0971.v1

Lead Plaintiff United Association Local Union 393 Defined Benefit Pension Plan and Defined Contribution Plans' Motion for Reconsideration (the "Motion") came on for hearing on December 9, 2019 in the above-titled Court. Having considered the papers and arguments in support of and in opposition to the Motion, and for good cause shown, the Court GRANTS the Motion. Defendants' Motion to Dismiss (ECF No. 78) is denied in its entirety.

IT IS SO ORDERED.

DATED: _____ _____

THE HONORABLE STEVEN V. WILSON
UNITED STATES DISTRICT JUDGE

- 1 -

4835-2702-0971.v1