ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG (179109)
SCOTT H. SAHAM (188355)
TRIG R. SMITH (237399)
MATTHEW I. ALPERT (238024)
SARA B. POLYCHRON (244685)
ALEXI H. PFEFFER-GILLETT (313709)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
scotts@rgrdlaw.com
trigs@rgrdlaw.com
malpert@rgrdlaw.com
spolychron@rgrdlaw.com
agillett@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACTIVISION BLIZZARD, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-03788-SVW-AFM <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF TRIG SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION <br><br> Date:  December 9, 2019 <br> Time:  1:30 p.m. <br> Judge:  Hon. Steven V. Wilson <br><br> **Oral Argument Requested** |

I, TRIG SMITH, declare as follows:

1.      I am an attorney licensed to practice law in the State of California.  I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff United Association Local Union 393 Defined Benefit Pension Plan and Defined Contribution Plans in the above titled action.  I submit this declaration in support of Plaintiff's Motion for Reconsideration.  I have personal knowledge of the following and, if called as a witness, could and would testify competently thereto.

2.      On August 9, 2019, defendants Activision Blizzard, Inc., Robert A. Kotick, Spencer Neumann and Collister Johnson filed Defendants' Motion to Dismiss Consolidated Complaint (ECF No. 78).  On August 23, 2019, plaintiff filed Plaintiff's Opposition to Defendants' Motion to Dismiss Consolidated Complaint (ECF No. 80).  On August 30, 2019, defendants filed a Reply in Support of Defendants' Motion to Dismiss Consolidated Complaint (ECF No. 82).

3.      On September 11, 2019, the Court entered a minute order denying Defendants' Motion to Dismiss Consolidated Complaint (ECF No. 84).  On September 25, 2019, defendants filed Defendants' Motion for Reconsideration (ECF No. 88).  On October 7, 2019, plaintiff filed Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion for Reconsideration (ECF No. 97).  On October 11, 2019, Defendants filed Defendants' Reply in Support of Motion for Reconsideration (ECF No. 105).  On October 17, 2019, the Court entered a Minute Order Granting Defendants' Motion for Reconsideration and Granting Defendants' Motion to Dismiss Consolidated Complaint (ECF No. 111).

4.      Exhibit A is a true and correct excerpt from Activision Blizzard, Inc. Form 10-Q for Q3 2018, filed with the SEC on November 8, 2018.

- 1 -

Cases\4818-4850-5515.v1-11/1/19

5.      Exhibit B is a true and correct excerpt from Activision's November 8, 2018, 3Q 2018 earnings conference call transcript with analysts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 1, 2019, at San Diego, California.


                               <u>       s/ Trig R. Smith       </u>
                                       TRIG R. SMITH

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 1, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Trig R. Smith
TRIG R. SMITH

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  trigs@rgrdlaw.com

- 3 -

Cases\4818-4850-5515.v1-11/1/19

# Mailing Information for a Case 2:19-cv-03788-SVW-AFM Chase Hamano v. Activision Blizzard, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com,MAlpert@ecf.courtdrive.com

- **Alaina Ashley Bird**
  lbird@irell.com

- **Ryan E Blair**
  rblair@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Neil N Desai**
  ndesai@wsgr.com,hvecino@wsgr.com,calendar@wsgr.com

- **Koji F Fukumura**
  kfukumura@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com

- **Tor Gronborg**
  torg@rgrdlaw.com,crosini@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stephanie L Jensen**
  sjensen@wsgr.com

- **Todd L Kammerman**
  tkammerman@aftlaw.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Marvin A Miller**
  mmiller@millerlawllc.com,JRamirez@millerlawllc.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Alexi Pfeffer-Gillett**
  agillett@rgrdlaw.com

- **Sara B Polychron**
  spolychron@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,ScottS@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Heather Marie Speers**
  hspeers@cooley.com,bbrant@cooley.com,efiling-notice@ecf.pacerpro.com

- **Jason M Storck**
  jstorck@wsgr.com

- **Erin Carey Trenda**
  etrenda@cooley.com,kjones@cooley.com,efiling-notice@ecf.pacerpro.com

- **Craig Varnen**
  cvarnen@irell.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)