# EXHIBIT B

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

ATVI - Q3 2018 Activision Blizzard Inc Earnings Call

EVENT DATE/TIME: NOVEMBER 08, 2018 / 9:30PM GMT

## OVERVIEW:

ATVI reported 3Q18 GAAP revenues of $1.51b and GAAP EPS of $0.34. Co. expects 2018 GAAP net revenue to be $7.355b and GAAP EPS to be $1.94.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**NOVEMBER 08, 2018 / 9:30PM, ATVI - Q3 2018 Activision Blizzard Inc Earnings Call**

**Collister Johnson** *- Activision Blizzard, Inc. - President & COO*

Thanks, Bobby. Activision Blizzard exceeded outlook in Q3, and we remain on track to deliver our previous upwardly revised outlook for the year in double-digit earnings per share growth year-over-year. We're able to achieve these results because of our incredibly talented teams, comprised of the best creative and commercial leaders in the industry, and their focus binding the 4 key growth drivers of our business:

First, our teams did major content releases that invigorated existing communities and bring in new audiences. Second, our growing stream of live operations, which include content, services, features and events, that engage our franchise communities and encourage new players to join. Third, the expansion of our existing franchises on to mobile, the world's largest platform and the creation of new franchises. And fourth, new and growing franchise engagement revenue models, such as esports league and digital advertising.

On the first driver, our teams continued to deliver exceptional innovation and execution with major new content releases for Call of Duty, World of Warcraft and Candy Crush. These content releases reinforce a strong foundation for our second growth driver, live operations. We generate over $4 billion a year in net bookings from in-game content, which represents the growing majority of our net bookings, yet still offers some of the best value per hour in all of entertainment.

We see the continued improvement of our live operations model as one of our largest growth opportunities, with the potential to generate billions of dollars of high-margin incremental revenue as we deliver year-round, in-game content for our communities. We have robust engagement and content roadmaps in place for our key franchises, including Call of Duty, World of Warcraft and Candy Crush.

Now, not all our franchises are experiencing the momentum we've seen in Call of Duty and Candy Crush, and we have to improve the pace of innovation and the cadence of in-game content. And our franchise and business unit leaders are already committed to achieve that goal.

On our third growth driver, the expansion of our franchise onto mobile. We know that many of the most successful mobile games today are based on intellectual property originally created for consoles and PCs. An example we've seen it ourselves at Hearthstone, where the fan base grew significantly when we added the mobile platform to a game that isn't even yet fully optimized for mobile success.

Mobile remains the largest and fastest-growing platform for gaming in the world. And while King is a clear leader in mobile, we're still investing in Activision and Blizzard franchises for mobile releases. For example, Activision is collaborating with Tencent on Call of Duty mobile, taking the biggest action franchise of the last 2 decades to the largest gaming market in the world and, of course also to Western audiences where, as Bobby pointed out, Call of Duty is already one of the most successful entertainment franchises in history.

And last week, Blizzard announced Diablo Immortal, which will bring this tent-pole franchise to a mobile audience in both the East and West. While fan reaction was muted to the announcement, players' hands-on experience to duplicate content confirmed what we believe, which is that Diablo mobile will be a very well-received game when it releases and players around the world will love it. These are just 2 of the many mobile initiatives underway across Activision and Blizzard, and King mobile expertise is now being shared throughout the company, so our beloved PC and console franchises can expand their reach.

Lastly, on our fourth driver, in new and growing franchise engagement models. Overwatch League is already well into planning its second season, and we are actively advancing how the league model and infrastructure will be applied to Call of Duty and other franchises.

And our advertising business continues to grow profitably, exceeding our plan. While our net bookings are still relatively small, they've grown almost 50% quarter-on-quarter. While investment in these new initiatives is growing, we are confident in the value they'll create for our fans and for our shareholders.

So with that framing for our growth drivers, let me share our Q3 results against our 3 key metrics: reach, engagement and player investment. Starting with reach, which was 345 million monthly active users in Q3, King monthly active users were 262 million, relatively stable through Q3, which is a positive outcome following the Q2 partner network challenges we described on the last call. Importantly, monthly active users for King's largest game, Candy Crush Saga, grew year-over-year. And in October, King launched the all-new Candy Crush Friends Saga, which builds on 5

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**THOMSON REUTERS**

**Exhibit B**
11

years of learnings in Candy, with new mode, collection mechanics and 3D visuals that make the Candy Crush characters and our owned IP more prominent and the game really fun to play.

Candy Friends targets the over 0.5 billion people who have played Candy Crush over the last 5 years, wherein the innovation and accessibility of friends should be particularly appealing. We're now focused on Candy Crush Friends to win back former players and entice new players. The game is off to a strong start, reaching the top of the iPhone game download charts in 93 countries. And while still early, retention and monetization trends are very positive, and the game is on pace to drive meaningful growth through the Candy franchise in 2019.

At Blizzard, monthly active revenues were 37 million, consistent with the prior quarter. Over the last month, the active users were broadly stable quarter-over-quarter. Hearthstone monthly active users declined, although PvP modes again and attracted strong engagement. The game continues to add new players, with the franchise reaching 100 million players to date since its launch in March 2014.

World of Warcraft: Battle for Azeroth launched on August 14 and set a day-1 franchise record by selling through more than 3.4 million units. Engagement grew sharply quarter-on-quarter, and the expansion saw strong participation in value-added services with more content on the way in Q4.

Next year, we'll celebrate World of Warcraft 15th anniversary, with events both in and out of the game. This includes the highly anticipated release of World of Warcraft Classic, available as part of the franchise subscription.

Activision monthly active users were 46 million, up sequentially from Q2. This sequential growth was driven by Destiny's expansion, Forsaken, and by new reach initiatives, which grew Destiny monthly active users quarter-on-quarter and year-over-year. And while Forsaken is a high-quality expansion with strong engagement and new modes of play, it did not achieve our commercial expectations and there's still work to do to fully re-engage the core Destiny fan base.

Then in October, Activision saw a step-change growth in its monthly active users from the very successful launch of Call of Duty: Black Ops 4. Building from the foundation of Black Ops III, which was the highest grossing game in Call of Duty franchise history, Black Ops 4 is off to a strong start, with creative innovation across all modes of play including Blackout, which we see is the ultimate AAA Battle Royale experience.

Unit sell-through after the first 3 weeks is pacing ahead of Black Ops III, PC sell-through more than 3x higher and more significant shifts to full-game downloads. Total active users in the first 3 weeks were up 16% over Black Ops III with strong growth across all modes, and engagement in hours played is up over 20% versus Black Ops III. So it's worth underscoring that given Black Ops III generated more in-game net bookings than any other Call of Duty title, this level of engagement in Black Ops 4 should result in strong in-game revenue in Q4 and into 2019.

This brings me to engagement. Across all our franchises, daily time spent per user playing our games reached a new record of 52 minutes, based on some of the franchise reach and engagement drivers just highlighted. Viewership of our games is also up significantly. And just last month, Activision Blizzard titles accounted for 7 of the Top 20 Most Viewed Games on the industry's largest streaming platform, including Black Ops 4. Our viewership continues to break franchise records.

In the Overwatch League, we continue to build on the success of the inaugural season, announcing another 6 team sales in September, spanning Europe, Asia and North America, all at substantially higher valuations than team prices in the first season. 9 of our now 20 teams are based outside the U.S., reflecting the global appeal of the league.

And BlizzCon, which is the ultimate celebration of Blizzard community engagement, grew millions of viewers around the world by live stream and over 40,000 fans in person. In addition to the reveal of new content for every franchise, we announced the expansion of the Diablo franchise onto mobile, Diablo Immortal co-developed with NetEase.

Diablo Immortal was built from the ground up for mobile as an authentic Diablo experience that will make the franchise available to hundreds of millions of people around the globe. We're confident when the game launches, it will be a great experience for new players as well as the extremely

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Exhibit B**
**12**

loyal and vocal Diablo community. We know how eager that community is to experience even more from Diablo. When the time is right, the team will share more about what else they have in store.

Turning now to player investment. In-game net bookings were over up $1 billion in Q3, which helped to set a year-to-date record of $3 billion. King was the biggest contributor, with 2 of the Top 10 Highest Grossing Titles in the U.S. mobile app stores for the 20th quarter in a row, and Candy Crush Saga was again #1.

As I said earlier, some of our franchises are underperforming relative to the opportunity that we've seen in building our live operations capabilities, and we'll continue to push innovation and new content to drive stronger engagement and in-game revenue generation.

Black Ops 4 is a great example of how successful we can be when we focus on improving engagement in our franchises. We made the game even more engaging with active users and hours of engagement up sharply versus Black Ops III. Black Ops III net engagement translated into significantly higher in-game revenues. We hope to further that opportunity with Black Ops 4. So we continue to execute strong in-game revenue and monetization should follow.

In summary, while there is still execution risk in the year, we're pleased with the results of our recent major content releases of World of Warcraft, Candy Crush and Call of Duty. And we are excited by the momentum behind engagement and live operations we've seen in some of our most critical franchises. We remain focused on improving our live ops revenue, engagement and in-game performance across all our franchises. We continue to execute on our promising mobile initiatives and expand our franchises through new engagement models, including esports and advertising.

Spencer will now review the financial results in more detail.

---

**Spencer Adam Neumann** - *Activision Blizzard, Inc. - CFO*

Thanks, Coddy. Today, I will review our Q3 2018 results and our outlook for Q4 and full-year.

To review the quarter, I'll start with our segment results. At Activision, Q3 segment revenue was $397 million. Key contributors were Call of Duty digital in-game revenue and Destiny 2: Forsaken, although the latter underperformed our expectations. Segment operating profit of $112 million was lower year-over-year versus the quarter that included the Destiny 2 full game launch and continued benefits from the Q2 2017 release of Black Ops Zombies downloadable content and Crash Bandicoot.

Blizzard grew segment revenue 20% year-over-year, driven by World of Warcraft: Battle for Azeroth. This offset lower revenue for Overwatch and Hearthstone, with the latter facing a tough comp against the record launch of the Knights of the Frozen Throne expansion in the prior year. Segment operating profit increased 13% year-over-year, as revenue growth offset investment in strategic initiatives, including Overwatch League, other esports activities, Battle.net and franchise incubation across multiple platforms.

King segment revenue and operating income were 4% and 12% lower year-over-year, respectively, against a particularly strong quarter last year with no partner disruption. As we noted on the last call, we started Q3 from a lower revenue base due to the 2Q -- Q2 partner network disruption. We saw strong engagement and increasing monetization trends through the quarter.

Now, let's turn to our consolidated results. Unless otherwise indicated, I'll be referencing non-GAAP figures. Please refer to our earnings release for full GAAP to non-GAAP reconciliations.

For the quarter, we generated Q3 GAAP revenues of $1.51 billion. It was $22 million above our August outlook. This includes the net deferral of $146 million. Net bookings of $1.66 billion were $43 million above our August outlook.

6

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Exhibit B**
**13**