UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-03788-SVW-AFM | Date | December 9, 2019 |
|---|---|---|---|
| Title | *Chase Hamano v. Activision Blizzard, Inc. et al* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION [112]

Plaintiffs' motion for reconsideration is DENIED. In the previous Order granting Defendants' motion for reconsideration and motion to dismiss, the Court inadvertently used the phrase "we cannot conclude the 'nonculpable explanation for the defendant's conduct' is less plausible than the nefarious justification." Dkt. 111 at 4. However, as evidenced by the analysis in the Order, the Court intended to explain that the nonculpable explanation for the Defendants' conduct is *more* plausible than the unlawful explanation. As such, an inference of the required scienter under *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 313 (2007) ("*Tellabs*") would require impermissible speculation. Dkt. at 111.

Further, although the Court explained its consideration of the November 8, 2018 statements in the context of their relationship the Defendants' 10-Q filings, the Court fully considered the statement's relevance to the essential issue—whether Defendants' statements were misleading. *See* Dkt. 111 at 2 n.1. The Court acknowledges the explanation may have been unclear. So, to clarify: the Court has fully considered Plaintiffs' pleaded facts in context, including the relevant 10-Qs and earnings call statements, and the Court has concluded there is no plausible inference of scienter as required under *Tellabs*.

The motion for reconsideration is DENIED. Plaintiff is given twenty-one days to amend the complaint. Failure to comply with this Order upon amendment may result in dismissal with prejudice and without leave to amend.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | PMC |