COOLEY LLP
KOJI F. FUKUMURA (189719)(kfukumura@cooley.com)
RYAN E. BLAIR (246724) (rblair@cooley.com)
ERIN C. TRENDA (277155) (etrenda@cooley.com)
HEATHER M. SPEERS (305380) (hspeers@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

*Attorneys for Defendants Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN AND COLLISTER JOHNSON,<br><br>Defendants. | Case No.  2:19-CV-03788-SVW-AFM<br><br>**DECLARATION OF RYAN E. BLAIR IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT**<br><br>Date:       March 9, 2020<br>Time:      1:30 p.m.<br>Judge:     Hon. Stephen V. Wilson |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

BLAIR DECL. ISO REPLY ISO
MOTION TO DISMISS FAC
2:19-CV-03788-SVW-AFM

I, Ryan E. Blair, declare:

1.    I am an attorney licensed to practice law in the State of California. I am a partner at Cooley LLP, counsel for Defendants Activision Blizzard, Inc. ("Activision Blizzard" or the "Company"), Robert A. Kotick, and Collister Johnson in the above-titled action. I submit this declaration in support of Defendants Activision Blizzard, Robert A. Kotick, Spencer Neumann, and Collister Johnson's (collectively, "Defendants") Reply in Support of Motion to Dismiss the First Amended Consolidated Complaint (the "Reply"). I have personal knowledge of the following and, if called as a witness, could and would testify competently thereto.

2.    Exhibits A through K were attached to my previous declaration in support of Defendants' Motion to Dismiss the First Amended Consolidated Complaint. (ECF Nos. 132-2, 135.)

3.    **Exhibit L** is a true and correct excerpted copy of Activision Blizzard's 2018 Form 10-K, filed with the SEC on February 28, 2019, *also available at* https://www.sec.gov/Archives/edgar/data/718877/000104746919000788/a2237840z1 0-k.htm (last visited February 19, 2020).

4.    **Exhibit M** is a true and correct certified copy of the transcript of Activision's November 8, 2018 earnings call with analysts regarding 3Q 2018, transcribed from the audio file attached as Exhibit N.

5.    **Exhibit N** is a true and correct copy of Activision Blizzard's audio recording of its November 8, 2018 earnings call with analysts regarding 3Q 2018. An audio file is also available online at https://www.youtube.com/watch?v=-o-M8Fv-3Ko.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2020, in San Diego, California.

_____
Ryan E. Blair

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

BLAIR DECL. ISO REPLY ISO
MOTION TO DISMISS FAC
2:19-CV-03788-SVW-AFM

# Exhibit L

EXHIBIT L
PAGE 3

Use these links to rapidly review the document
Table of Contents
FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

Table of Contents

---

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

**(Mark one)**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Fiscal Year Ended December 31, 2018**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number 1-15839**



# ACTIVISION BLIZZARD, INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **95-4803544** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **3100 Ocean Park Boulevard, Santa Monica, CA** | **90405** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(310) 255-2000**

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each Class** | **Name of Each Exchange on Which Registered** |
|---|---|
| Common Stock, par value $.000001 per share | The Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act:
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15 (d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

**EXHIBIT L**
**PAGE 4**

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large Accelerated Filer ☒ | Accelerated Filer ☐ | Non-accelerated Filer ☐ | Smaller Reporting Company ☐ |
| | | | Emerging Growth Company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the registrant's Common Stock held by non-affiliates on June 30, 2018 (based on the closing sale price as reported on the Nasdaq) was $57,447,460,580.

The number of shares of the registrant's Common Stock outstanding at February 21, 2019 was 763,833,873.

**Documents Incorporated by Reference**

Portions of the registrant's definitive Proxy Statement, to be filed with the Securities and Exchange Commission with respect to the 2019 Annual Meeting of Shareholders which is expected to be held on June 20, 2019, are incorporated by reference into Part III of this Annual Report.

**EXHIBIT L**
**PAGE 5**

Table of Contents

**ACTIVISION BLIZZARD, INC. AND SUBSIDIARIES**

**Table of Contents**

|  |  |  | Page No. |
|---|---|---|---|
| PART I. |  |  | 2 |
|  |  | Cautionary Statement | 2 |
|  | Item 1. | Business | 2 |
|  | Item 1A. | Risk Factors | 11 |
|  | Item 1B. | Unresolved Staff Comments | 31 |
|  | Item 2. | Properties | 31 |
|  | Item 3. | Legal Proceedings | 31 |
|  | Item 4. | Mine Safety Disclosures | 32 |
| PART II. |  |  | 33 |
|  | Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 33 |
|  | Item 6. | Selected Financial Data | 35 |
|  | Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 36 |
|  | Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 77 |
|  | Item 8. | Financial Statements and Supplementary Data | 80 |
|  | Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 80 |
|  | Item 9A. | Controls and Procedures | 80 |
|  | Item 9B. | Other Information | 81 |
| PART III. |  |  | 82 |
|  | Item 10. | Directors, Executive Officers, and Corporate Governance | 82 |
|  | Item 11. | Executive Compensation | 82 |
|  | Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 82 |
|  | Item 13. | Certain Relationships and Related Transactions, and Director Independence | 82 |
|  | Item 14. | Principal Accounting Fees and Services | 82 |
| PART IV. |  |  | 83 |
|  | Item 15. | Exhibits, Financial Statement Schedule | 83 |
|  | Item 16. | Form 10-K Summary | 83 |
| Exhibit Index |  |  | E-1 |
| SIGNATURES |  |  | E-7 |

1

**EXHIBIT L**
**PAGE 6**

Table of Contents

### Manufacturing

We prepare master program copies for our products on each release platform. With respect to products for Microsoft, Sony, and Nintendo consoles, our disk duplication, packaging, printing, manufacturing, warehousing, assembly, and shipping are performed by third-party subcontractors or distribution facilities owned by us.

Microsoft, Sony, and Nintendo generally specify or control the manufacturing and assembly of finished products and license their hardware technologies to us. In return, we pay an applicable royalty per unit once the manufacturer fills the product order, even if the units do not ultimately sell. We deliver the master materials to the licensor or its approved replicator, who then manufactures the finished goods and delivers them to us for distribution under our label.

### Significant Customers and Top Franchises

*Customers*

While the Company does sell directly to end consumers in certain instances, such as sales through Blizzard's proprietary online gaming service platform, Blizzard Battle.net, in other instances our customers may be platform providers, such as Sony, Microsoft, Google, and Apple, or retailers, such as Walmart and GameStop, who act as distributors of our content to end consumers. For the year ended December 31, 2018, we had three customers—Apple, Sony, and Google—who accounted for 15%, 13%, and 11%, respectively, of net revenues. For the year ended December 31, 2017, we had three customers—Apple, Sony, and Google—who accounted for 16%, 14%, and 10%, respectively, of net revenues. For the year ended December 31, 2016, we had two customers—Sony and Apple—who each accounted for 13% of net revenues. No other customer accounted for 10% or more of our net revenues in the respective periods discussed above.

We had two customers—Sony and NetEase, Inc.—who accounted for 15% and 12%, respectively, of consolidated gross receivables at December 31, 2018. We had three customers—Sony, Microsoft, and Apple—who accounted for 17%, 14%, and 10%, respectively, of consolidated gross receivables at December 31, 2017. No other customer accounted for 10% or more of our consolidated gross receivables in the respective periods discussed above.

*Top Franchises*

For the year ended December 31, 2018, our top three franchises—Call of Duty, Candy Crush, and World of Warcraft—collectively accounted for 58% of our net revenues. For the years ended December 31, 2017 and 2016, our top four franchises—Call of Duty, Candy Crush, World of Warcraft, and Overwatch—collectively accounted for 66% and 69% of our net revenues, respectively. No other franchise comprised 10% or more of our net revenues in the respective periods discussed above.

### Competition

We compete for the leisure time and discretionary spending of consumers with other interactive entertainment companies, as well as with providers of different forms of entertainment, such as film, television, social networking, music and other consumer products.

The interactive entertainment industry is intensely competitive and new interactive entertainment software products and platforms are regularly introduced. We believe that the main competitive factors in the interactive entertainment industry include: product features, game quality, and playability; brand name recognition; compatibility of products with popular platforms; access to distribution channels; online capability and functionality; ease of use; price; marketing support; and quality of customer service.

**EXHIBIT L**
**PAGE 7**

# Exhibit M

Activision Blizzard Third Quarter Calendar
November 08, 2018

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

-oOo-

CHASE HAMANO, Individually    )Case No. 2:19-CV-03788-
and on Behalf of All Others   )       SVW-AFM
Similarly Situated,           )
                              )
              Plaintiff,      )
                              )
         vs.                  )
                              )
ACTIVISION BLIZZARD, INC.,    )
ROBERT A. KOTICK, SPENCER     )
NEUMANN AND COLLISTER JOHNSON,)
                              )
              Defendants.     )
_____)

REPORTER'S TRANSCRIPT OF AUDIO RECORDING

"ACTIVISION BLIZZARD THIRD QUARTER CALENDAR 2018

RESULTS"

Transcription of audio recording of telephone

conference call on Thursday, November 8, 2018.

TRANSCRIBED BY:  SONJA KASSEM, CSR 11504
TRANSCRIBED ON:  FEBRUARY 18, 2020

Activision Blizzard Third Quarter Calendar
November 08, 2018                    2

THURSDAY, NOVEMBER 8, 2018.

-oOo-

(Begin audio recording.)

OPERATOR:  Good day, everyone.  And welcome to the Activision Blizzard's Q3 2018 earnings conference call.  Today's conference is being recorded.

At this time I would like to turn the conference over to Christopher Hickey, Senior Vice President of Investor Relations.

Please go ahead, sir.

MR. HICKEY:  Thank you.

Good afternoon, and thank you for joining us today for Activision Blizzard's third quarter 2018 conference call.

With us are Bobby Kotick, CEO, Cotti Johnson, COO, and Spencer Neumann, CFO.

And for Q&A, J. Allen Brack, President of Blizzard.  And Riccardo Zacconi, CEO of King will also join us.

I would like to remind everyone that during this call, we will be making statements that are not

Activision Blizzard Third Quarter Calendar
November 08, 2018                                         3

historical facts.

The forward-looking statements in this presentation are based on information available to the company as of the date of this presentation.  And while we believe them to be true, they ultimately may prove to be incorrect.

A number of factors could cause the company's actual future results and other future circumstances to differ materially from those expressed in any forward-looking statements.

These include the risk factors discussed in our SEC filings, including our 2017 annual report on Form 10-K (phonetic), and those on the slide that is showing.

The company undertakes no obligation to release publicly any revisions to any forward-looking statements to reflect events or circumstances after today, November 8th, 2018.

We will present both gap a non-gap financial measures during this call.  Non-gap financial measures exclude the impact of expenses related to stock-based compensation (phonetic), the amortization of intangible assets and expenses related to acquisitions, including legal fees, costs, expenses, and accruals, expenses related to debt financings and

Activision Blizzard Third Quarter Calendar
November 08, 2018                          4

refinancings, restructuring charges, the associated tax benefits of these excluded items, and the impact of certain significant discrete tax-related items.

These non-gap measures are not intended to be considered in an isolation from, as a substitute for, or superior to our gap results.

We encourage investors to consider all measures before making an investment decision.  Please refer to our earnings release, which is posted on www.activisionblizzard.com for a full gap and non-gap reconciliation and further explanation with respect to our non-gap measures.

There's also a PowerPoint overview which you can access with the webcast and which will be posted to the website following the call.

In addition, we will be posting a financial overview highlighting both gap and non-gap results and a one-page summary.

And now I'd like to introduce our CEO, Bobby Kotick.

MR. KOTICK:  Thank you all for joining us today.  Our results for the third quarter exceeded our prior outlook, as we continue to entertain large audiences, drive deep engagement, and attract significant audience investment across our franchises.

Activision Blizzard Third Quarter Calendar
November 08, 2018                              5

Last quarter, on average, 345 million people played our games each month.  And our players spent a record 52 minutes per day playing Activision Blizzard and King games.

Our unique advantage is the ability to create the most compelling interactive and spectator entertainment based on our own franchises combined with our direct digital connection to hundreds of millions of customers in over 190 countries.

With these competitive advantages, we continue to connect and engage the world through epic entertainment.

Very few companies are able to consistently deliver compelling content to hundreds of millions of customers.  Fewer still can provide their audiences with flexible methods of payment for that content.

For our hundreds of millions of customers, we now offer content on phones, computers, and video game consoles, and subscription billing, direct digital download billing, virtual item sales, digital advertising.

And of course, we still sell our products through thou- -- tens of thousands of stores around the world.

As an example of the breadth of our

capabilities, we launched Call of Duty Black Ops 4 on October 12th. Ordinarily, we launch new Call of Duty titles this week in November.

But we believe holiday customers, of which there are millions, will benefit from more players in the game earlier.

Our engagement to date is better than any Call of Duty content in recent years, and spectator viewing is higher than ever before.

As a franchise, Call of Duty has now generated more revenue than the Marvel Cinematic Universe in the box office, and double that of the cumulative box office of Star Wars.

We have an exciting future planned for Call of Duty players, including our new Call of Duty professional player opportunities, and lots of exciting new content in 2019 and beyond.

We remain focused on the key growth drivers of our business that we believe present meaningful revenue and engagement upside, including live operations, mobile, and investment in new and growing franchise engagement models.

We're pleased with our early momentum in areas like our advertising initiatives, which continue to exceed our plans, as revenues grew almost

Activision Blizzard Third Quarter Calendar
November 08, 2018                                      7

50 percent sequentially.

And we are further strengthening our leadership position in Esports, having now sold 20 teams globally to the Overwatch League at substantially higher prices because of league financial over-performance versus our original plans, and the energy that was brought through the first season of the league by our new owners.

As always, we thank you, our community, our shareholders, and our partners, as well as our talented teams around the world for all of their support and hard work.

And now, on to Coddy.

MR. JOHNSON:  Thanks, Bobby.

Activision Blizzard exceeded it's outlook in Q3, and we remain on track to deliver our previous upwardly-revised outlook for the year, and double-digit earnings per share growth year leader (phonetic).

We're able to achieve these results because of our incredibly talented teams comprised of the best creative and commercial leaders in the industry, and their focus on the four key growth drivers of our business.

First, our (unintelligible) to major content

Activision Blizzard Third Quarter Calendar
November 08, 2018                    8

releases that invigorate existing communities and bring in new audiences.

Second, our growing scheme of live operations, which includes content, services, features and events that engage our franchise communities and encourage new players to join.

Third, the expansion of our existing franchises onto mobile, the world's largest platform, and the creation of new franchises.

And fourth, new and growing franchise engagement revenue models, such as Esport leagues and digital advertising.

On the first driver, our teams continued to deliver exceptional innovation and execution with major new content releases for Call of Duty, World of Warcraft, and Candy Crush.

These content releases reinforce a strong foundation for our second growth driver, live operations.

We generate over $4 billion a year in net bookings from in-game content, which represents the growing majority of our net bookings, yet still offers some of the best value per hour in all of entertainment.

We see the continued improvement of our live

operations model as one of our largest growth opportunities with the potential to generate billions of dollars of high-margin incremental revenue as we deliver year-round in-game content for our community (phonetic).

We have robust engagement and content roadmaps in place for our key franchises, including Call of Duty, World of Warcraft, and Candy Crush.

Now, not all our franchises are experiencing the momentum we see in Call of Duty and Candy Crush. And we have to improve the pace of innovation and the cadence of in-game content. And our franchise and business unit leaders are all now committed to achieving that goal.

On our third growth driver, the expansion of our franchise onto mobile, we know that many of the most successful mobile games today are based on intellectual property originally created for consoles and PCs.

As an example, we've seen this ourselves with Hearthstone, where the fan base grew significantly when we added the mobile platform to the game. It isn't even yet (phonetic) fully optimized for mobile success.

Mobile remains the largest and fastest

growing platform for gaming in the world.  And while King is a clear leader in mobile, we're still investing in Activision and Blizzard franchises for mobile releases.

For example, Activision is collaborating with Tencent on Call of Duty mobile, taking the biggest action franchise of the last two decades to the largest gaming market in the world.

And of course, also to Western audiences, where, as Bobby pointed out, Call of Duty is already one of the most successful entertainment franchises in history.

And last week, Blizzard announced Diablo Immortal, which will bring this tenfold (phonetic) franchise to a mobile audience in both the East and West.

While fan reaction was muted to the announcement, players' hands-on experiences at BlizzCon confirmed what we believe, which is that Diablo mobile will be a very well-received game when it releases, and players around the world will love it.

These are just two of the many mobile initiatives underway across Activision and Blizzard. And King (unintelligible) expertise is now being

shared throughout the company, so our beloved PC and console franchises can expand their reach.

Lastly, on our fourth driver. In new and growing franchise engagement models, Overwatch League is already well into planning its second season.

And we are actively advancing how the league model and infrastructure will be applied to Call of Duty and other franchise.

And our advertising business continues to grow profitably, exceeding our plans (phonetic). While net bookings are still relatively small, they grew almost 50 percent quarter on quarter.

While investment in these new initiatives is growing, we are confident in the value they will create for our fans and for our shareholders.

So with that framing for our growth driver, let me share our QC results against our three key metrics, reach, engagement and plan investments.

Started with reach, which was 345 million monthly active users in Q3, King's monthly active users were 262 million, relatively stable through Q3, which is a positive outcome following the Q2 partner network challenges we described on the last call.

Importantly, monthly active users for King's largest game, Candy Crush Saga, grew year over year.

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    12

And in October, King launched the all new Candy Crush Friend Saga, which builds on five years of learning King Candy with new mode, collection mechanics, and 3D visuals that make the Candy Crush characters and our own IP (phonetic) more prominent and the game really fun to play.

Candy Friends targets the over half a billion people who have played Candy Crush over the last five years.  From the innovation and accessibility of Friends, it should be particularly appealing.

We're now focused on Candy Crush Friends to win back former players and entice new players.  The game is off to a strong start, reaching the top of the iPhone game download charts in 93 countries.

And while still early, retention and modernization trends are very positive.  And the game is on pace to drive meaningful growth for the Candy franchise in 2019.

At Blizzard, monthly active users were 37 million, consistent with the prior quarter.

Overwatch, monthly active users were broadly stable quarter over quarter.

Hearthstone monthly active users declined.  Although, PDE modes again attracted strong engagement.

Activision Blizzard Third Quarter Calendar
November 08, 2018                                           13

(Unintelligible) continues to add new players, with the franchise reaching 100 million players to date since its launch in March 2014.

World of Warcraft Battle for Azeroth launched on August 14th and set a Day 1 franchise record by selling to more than 3.4 million units.

Engagement (unintelligible) sharply (phonetic) quarter on quarter.  And the expansion saw strong participation and value added services, with more content on the way in Q4.

Next year, Blizzard will celebrate World of Warcraft's 15th anniversary with events both in and out of the game.

This includes the highly-anticipated release of World of Warcraft Classic, available as part of the franchise subscription.

Activision monthly active users were 46 million, up sequentially from Q2.  And sequential growth was driven by Destiny's expansion Forsaken and by new reach initiatives, which grew Destiny monthly active users quarter on quarter and year over year.

And while Forsaken is a high-quality expansion with strong engagement and new modes of play, it did not achieve our commercial expectations. And there's still work to do to fully reengage the

Activision Blizzard Third Quarter Calendar
November 08, 2018                                        14

core Destiny (unintelligible).

Then in October, Activision saw step change growth and its monthly active users following a very successful launch of Call of Duty Black Ops 4.

Building from the foundation of Black Ops 3, which was the highest grossing game in Call of Duty franchise history, Black Ops 4 is off to a strong start with creative innovation across all modes of play, including blackout, which we see as the ultimate AAA battle royale experience.

(Unintelligible) units sell through (phonetic) after the first three weeks is pacing ahead of Black Ops 3.  PC sell through (phonetic) more than three times higher, and significant shifts to full game downloads.

Total active users in the first few weeks are up 16 percent over Black Ops 3, with strong growth across all modes.  And engagement and hours played is up over 20 percent versus Black Ops 3.

So it's worth underscoring that given Black Ops 3 generated more in-game net bookings than any other Call of Duty title, this level of engagement in Black Ops 4 should result in strong in-game revenue in Q4 and into 2019.

This brings me to engagement.  Across all

Activision Blizzard Third Quarter Calendar
November 08, 2018                                15

our franchises, daily time spent per user playing our games reached a new record of 52 minutes, based on some of the franchise reach and engagement drivers just highlighted.

Viewership of our games is also up significantly.  And just last month, Activision Blizzard titles accounted for seven of the top 20 most viewed games on the industry's largest streaming platform, including Black Ops 4.  Our viewership continues to break franchise records.

In the Overwatch League, we continue to build on the success of the inaugural season, announcing another 16 sales in September spanning Europe, Asia, and North America, all at substantially higher valuations than team prices in the first season.  Nine of our now 20 teams are based outside the US, reflecting the global appeal of the league.

At BlizzCon, which is the ultimate celebration of Blizzard community engagement, drew millions of viewers around the world by live stream, and over 40,000 fans in person.

In addition to the reveal of new content for every franchise, we announced the expansion of the Diablo franchise onto mobile.  Diablo Immortal codeveloped with NetEase.

Diablo Immortal was built from the ground up for mobile as an authentic Diablo experience that will make the franchise available to hundreds of millions of people around the world.

We're confident when the game launches, it will be a great experience for new players as well as the extremely loyal and vocal Diablo community.

We know how eager that community is to experience even more from Diablo.  When the time is right, the team will share more about what else they have in store.

Turning now to player investment.  In-game net bookings were over $1 billion in Q3, which helped to set a year-to-date record of $3 billion.

King was the biggest contributor at 2 of the top 10 highest-grossing titles in US mobile app stores for the 20th quarter in a row.  And Candy Crush Saga was again No. 1.

As I said earlier, some of our franchises are underperforming relative to the opportunity that we see in building our live operations capabilities.

And we'll continue to push innovation and new content to drive stronger engagement and in-game revenue generation.

Black Ops 4 is a great example of how

Activision Blizzard Third Quarter Calendar
November 08, 2018                              17

successful we can be when we focus on improving

engagement in our franchise.

We made the game even more engaging, with active users and hours of engagement up sharply versus Black Ops 3.

With Black Ops 3 that engagement translated into significantly higher in-game revenues.  And we hope to further that opportunity with Black Ops 4.  So if we continue to execute, strong in-game revenue and monetization should follow.

In summery, while there is still execution risk in the year, we're pleased with the result of our recent major content releases of World of Warcraft, Candy Crush, and Call of Duty.

We are excited by the momentum behind the engagement and live operations we see in some of our most critical franchises.

We will remain focused on improving our live ops revenue, engagement, and in-game performance across all our franchises.

We continue to execute on our promising mobile initiatives, and expand our franchises to new engagement models, including Esports and advertising.

Spence will now review the financial results in more detail.

Activision Blizzard Third Quarter Calendar
November 08, 2018                              18

MR. NEUMANN:  Thanks, Coddy.

Today I will review our Q3 2018 results and our outlook for Q4 and the full year.  To review the quarter, I'll start with our segment results.

At Activision, Q3 segment revenue was $397 million.  Key contributors were Call of Duty digital in-game revenue, and Destiny 2 Forsaken. Although the latter underperformed our expectations.

Segment operating profit of $112 million was lower year over year versus the quarter that included the Destiny 2 full game launch and continued benefits from Q2 2017 release of Black Ops Zombies downloadable content and Crash Bandicoot.

Blizzard grew segment revenue 20 percent year over year driven by World of Warcraft Battle for Azeroth.  This offset lower revenue for Overwatch and Hearthstone, with the latter facing a tough comp against the record launch of the Knights of the Frozen Throne -- Throne expansion in the prior year.

Segment operating profit increased 13 percent year over year, as revenue growth offset investment, and strategic initiatives, including Overwatch League, other Esports -- Esports activities, battle.net, and franchise incubation across multiple platforms.

Activision Blizzard Third Quarter Calendar
November 08, 2018                              19

King segment revenue and operating income were 4 percent and 12 percent lower year over year respectively against a particularly strong quarter last year with no partner disruption.

As we noted on the last call, we started Q3 from a lower revenue base to teach you 2-2 (phonetic) partner network disruption, but saw strong engagement and increasing monetization trends through the quarter.

Now let's turn to our consolidated results. Unless otherwise indicated, I'll be referencing non-gap figures.  Please refer to our earnings release for full gap and non-gap reconciliation.

For the quarter, we generated Q3 gap revenues of $1.51 billion, which was $22 million above our August outlook.

This includes the net deferral of $146 million.  Net bookings of $1.66 billion were $43 million above our August outlook.

We generated a Q3 Gap EPS of 34 cents and Q3 non- -- non-gap EPS of 42 cents, which was 18 cents and 5 cents above Outlook respectively.

These figures include the net deferral of 10 cents.  Gap EPS benefited from a discrete tax item resulting from adjustments made to -- to the

provisional amount initially recorded for the US Tax Reform Act.

Now, from a cash flow and capital structure perspective, Q3 operating cash flow was $253 million. And we entered the quarter with approximately $3.4 billion in cash and investments.

Our strong cash position enabled us to pay down $1.7 billion of high-yield notes and floating rate debt in the quarter, reducing our go-forward net interest expense by roughly $40 million on an annualized basis.

In parallel, we expanded our revolver capacity from $250 million to $1.5 billion to provide us with increased levels of liquidity.  These actions further strengthened our balance sheet and increased our financial flexibility.

Now let's turn to our fourth quarter and our full-year outlook.

Before getting into the specifics, I want to provide some context.  As we noted on our last few calls, earnings in the year are heavily weighted towards our fourth quarter.

We expect Q4 to benefit from major content releases, strong in-game revenue, and key marketing and other commercial initiatives.

Our recent major launches for World of Warcraft, Call of Duty, and Candy were all very successful, and will set the stage for continued opportunities in 2019.

Some of our other franchises like Destiny are not performing as well as we'd like.  And we're working to accelerate the pace of live operations innovation and improve the speed with which we release new content to keep our players engaged and to provide new opportunities for monetization.

Also our better performance and our outlook in Q3 included timing (phonetic) benefits and FX rate headwinds.  FX represents an approximately $40 million reduction to second half revenue since we last provided a full-year outlook.

While we recognize that we face market and franchise headwinds and we'll continue to have execution risks through the end of the calendar year, we're confident in our strategy and in our team.  And we're maintaining our revenue and non-gap EPS outlook for the fiscal year.

For Q4, on a gap basis, we expect net revenues of $2.236 billion, including gap deferrals of $812 million, product cost, game operations, and distribution expenses of 23 percent, and operating

Activision Blizzard Third Quarter Calendar
November 08, 2018                               22

expenses, including software amortization, of

55 percent.

We expect gap interest expense of

$6 million, a tax rate of 28 percent, and gap and

non-gap share count of $776 million, with EPS at

43 cents.

For Q4 on a non-gap as redefined basis, we

expect product costs, game operations and distribution

expenses at 23 percent, operating expenses, including

software amortization, of 47 percent.

And we expect non-gap interest expense of

$5 million, a tax rate of 23 percent, and non-gap EPS

of 64 cents, which includes gap deferrals of 63 cents.

For 2018 on a gap basis, we expect net

revenues of $7.355 billion, including gap deferrals of

$120 -- $120 million, product cost, game operations,

and distribution expenses of 23 percent, operating

expenses, including software amortization, of

53 percent.

And we expect gap interest expense of

$113 million, a tax rate of 9 percent, and a gap and

non-gap share count of $772 million, with EPS of

$1.94.

And for 2018 on a non-gap as redefined

basis, we expect product costs, game operations and

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    23

distribution expenses of 23 percent, operating

expenses, including software amortization, of

44 percent.

And we expect non-gap interest expense of

$70 million, a tax rate of 18 percent, and non-gap EPS

of $2.46, which includes gap deferrals of 12 cents.

The foundation of our business remains

strong.  Recent launches further strengthen our

enduring franchises.

We're focused on driving strong engagement

in in-game performance across our entire portfolio.

And we'll continue to make progress in our mobile

expansion and new engagement models, including leagues

and advertising.

We're committed to driving our four key

growth pil- -- pillars while maintaining the fiscal

discipline that our shareholders expect.  And we

continue to see opportunities across the entire

landscape of interactive entertainment.

We'll now open the call up for -- for Q&A.

Operator.

OPERATOR:  Thank you.

Ladies and gentlemen, if you'd like to

signal for a question, please do so by pressing the

star key followed by the digit 1 on your touch-tone

Activision Blizzard Third Quarter Calendar
November 08, 2018                        24

telephone.

If you are using a speakerphone, please make sure that your mute function is turned off to allow your signal to reach our equipment.  Again, that is star 1 to signal for question.

And we'll take the first question from Tim O'Shea of Jefferies.

MR. O'SHEA:  Yeah.  So thank you for taking my question.

Just wondering if -- if you could update us on the Call of Duty Black Ops 4 launch, and maybe with an update on -- on how that game is performing post-launch.  Thank you.

MR. JOHNSON:  Sure.  Hey, Tim.  This is Coddy.

Well, we're -- you know, we're confident, and we're energized by the performance of Black Ops 4. The launch, you know, as I said, is off to a strong start on both console and PC -- on -- on both console and PC.

You know, as Bobby said, there's a lot more time left now, given the decision we made to launch it earlier in the holiday window and in the gift-giving window, which we think is a good opportunity for players to come in and kind of join this

Activision Blizzard Third Quarter Calendar
November 08, 2018                              25

highly-engaging game.

And the Call of Duty team is doing what it knows how to do well, which is build a deeply-engaging experience.

And it's -- it's just worth highlighting again what we know so far in some of the stats coming through, which is that verses the prior title and versus Black Ops 3, total active users are up significantly.

And overall engagement, again versus both the prior title and Black Ops 3, is up over 20 percent.

So that -- that kind of first period of building that deep engagement block of players that we do want to come in and play is up to a good start.

But, you know, we built it, as we've said on multiple occasions, for long-lasting engagement.  We doubled down on multiplayer and zombies, which are already strong engagement drivers.

And we added to that the kind of content and progressions and system designs that you see in there to kind of give new playability and content for months and years to come.

And we added blackout, which, you know, is a deeply-appealing mode, particularly for those who are

looking for that kind of AAA battle royale experience.

And so the next step is just to continue to build out on the live system operations, the design. And really what is happening now, the -- the kind of live engagement or responding to players and seeing where they go, and building services and features that engage them even more deeply.

So looking at -- we see -- we see a great run coming for Black Ops 4, and really good franchise as a whole.

MR. HICKEY:  Thank you.

Operator, can we have the next question, please?

OPERATOR:  Yes.  And our next question will come from Colin Sebastian of Robert W. Baird.

MR. SEBASTIAN:  Great.  Thank you.

I guess I'd like to focus a little bit on the leadership transition of Blizzard.  And if you could put a finer point on what we should expect to see change, and -- and what should stay the same.

And also related to that, if you could provide a little more color on -- on the pipeline from Blizzard.  Thank you.

MR. BRACK:  Hi.  This is Jay.  I'd like to just kind of start off by saying that, you know,

Activision Blizzard Third Quarter Calendar
November 08, 2018                          27

Blizzard is a -- you know, is a hugely storied studio. And I couldn't be more honored to -- to take on the role.

I have been at Blizzard for more than a decade, but have really been a fan of their games my entire life.

You know, today I have a -- a strong view on many of our franchises. And I'm actively working to get a -- a broader outlook on certain teams, certain commercial groups, Esports operations that I don't already have a good view of from my previous job.

Coming out of that process, I feel like I'll have a -- a larger perspective on what the next chapter for Blizzard's growth is gonna look like.

You know, we're gonna need to continue to invest in content and our existing franchises. And there's work to do to improve in some areas to better serve our communities and to create more content for -- for all of our fans. That's -- that's our number one focus.

And we'll continue to invest in the reach of the different franchises that we have to acquire more players globally across all platforms, including PC, console and mobile.

Right now we have the strongest multi-year

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    28

pipeline we've ever had, which is a huge opportunity.
And delivering against that pipeline is our -- our
number one priority.

I think Blizzard's focus is always gonna be
on delivering quality game play first.  And we have a
strong culture of values.

And we want to create more content and
deliver more games.  And we think that's gonna lead to
more players, more engagement.  And it's gonna lead
to -- to more bus- -- great -- great business results.

MR. HICKEY:  Operator, can we have the next
question, please?

OPERATOR:  Certainly.  Our next question
will come from Raymond Stochel of Consumer Edge
Research.

MR. STOCHEL:  Great.  Thanks for taking my
question.

How should we think about King's pipeline
and your efforts in mid-core mobile titles versus your
historical success in more casual titles?  Thanks.

MR. ZACCONI:  Hi, Ray.  It's -- it's
Riccardo here.

So when I think about our development
efforts, our focus is, first of all, on casual and our
franchises.  And in particular, on Candy Crush, since

it's our largest franchise.

We have a large network of users playing our casual games.  And this is the key reason why our first priority is to retain and engage them.

And for doing this, we invest in a steady stream of new content and new features for our live franchise games.  And we also develop new titles for our established franchises.

Last month, we released Candy Crush Friends. It's our newest title in the Candy franchise.  And it's a key part of our strategy to retain and engage existing players, but also to win back our large lapsed audience.

You heard Coddy earlier.  Candy Crush France is off to a great start.  It exceeds our expectations on some key metrics.

And I think it's the most polished Candy Crush game we have ever released.  The characters are brought to life like we have never done before.

And Candy Crush Friends strengthens the Candy franchise as a whole as we are going into 2019. And I'm very excited about -- about this game in -- in the future -- and its future.

So this is for casual.  We invest selectively also in other genres and in other games

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    30

where we see opportunities.  And we do this both internally and through partnerships.

Earlier this year, we released Royal Charm Slots in a partnership with Playstudios.  The game has not yet met our expectations around retention and monetization.  And so the team is still working on it.

In regards to mid-core, we release Legend of Solgard in -- in August.  It's our first mid-core launch.  And mid-core is a space we want to develop a strong position over -- over the long term.  And this game would allow us to learn more about the genre and how to build out the space.

MR. HICKEY:  Thanks, Riccardo.

Operator, can we have the next question, please?

OPERATOR:  And our next question will come from Drew Crum of Stifel.

MR. CRUM:  Okay.  Thanks.

Good afternoon, guys.  You touched on this a little bit, but maybe you could spend a little more time on the health of the Destiny franchise.  Just what you've seen in terms of engagement post the Forsaken launch.  Thanks.

MR. JOHNSON:  Sure.  Thanks, Drew.  This is Coddy.

I guess I'd -- I'd start by reiterating that Forsaken is, you know, a high-quality expansion of content into the universe.  You know, and obviously, it's some of the highest quality content we've seen in the franchise to date.

And it really came out of Activision and Bungie working together to address community concerns post Destiny 2 holistically.

You know, talking to players, meeting with key influencers, leaving (phonetic) a fundamental review of how to operate deeper in-game, you know, greater powers and greater rewards.  And engaged players seemed to be really enjoying the the new content (phonetic).

You know, Forsaken was very well-received both by reviewers and by the community, and has ongoing deep engagement by those that are playing it.

So, you know, at BlizzCon, we announced that Destiny, the base game, is free for two weeks.  Meaning download it by November 18th, and you get to keep the base game forever.

We did that because we want the whole community loaded up and able to -- to play it.  But also because it's a live game.  And once you're in, with the ongoing features and services and content,

there's a really deep engagement that takes place.

And part of it was also because we have not yet seen the full core reengage in Destiny, which has kind of led to the underperformance against our expectations to date.

And some players we think are -- are still in wait and see mode. So when you're in, you're deeply engaged. If you're not, we're hoping now is the time. We're working to bring players back in and -- and to -- and to win them back.

MR. HICKEY: Operator, can we have the next question, please?

OPERATOR: Certainly. Our next question comes from Brian Nowak of Morgan Stanley.

MR. NOWAK: Thanks for taking my question.

It's on Diablo Immortal. Can you give us a little more color on Diablo Immor- -- Immortal? And how should we think about the -- the timing of that?

MR. BRACK: Hi. This is Jay.

So, you know, we've seen some interesting reaction to the announcement. I think that it's clear that there's a lot of players who are eager for more Diablo PC and console content.

You know, I think that came through loud and clear from -- from BlizzCon. And, you know, frankly,

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    33

we're -- we feel fortunate to have a community that cares so much about that franchise.

You know, the commitment and the engagement of our community is, I think, one of the things that makes Blizzard, you know, very special.  It's something that we really appreciate.

And, you know, we like to hear the plan -- hear -- hear the things that the co- -- that they articulate as to what they want to hear next, and what we can do better, frankly.

Diablo is an important tent-pole franchise for Blizzard Entertainment.  And we have -- you know, one of the things that we've said is we have multiple teams working on multiple different projects for the Diablo community.

We feel that Diablo Immortal is going to deliver a very authentic Diablo experience.  And we're not gonna compromise on that -- on that mission.

You know, launching the game is only gonna be the beginning.  There's gonna be ongoing support.  And, you know, we're only going to release the game when we feel like it is -- is meeting the community's very high standards.

In the end, Diablo Immortal is gonna fulfill that.  And we think that people are going to

experience it.  And we think that they're gonna love it.

Regarding sort of, I think, the opportunity for Diablo, and specifically on mobile, I think is the very significant opportunity.

You know, mobile is the biggest platform in gaming today.  And taking a game like mobile (phonetic) onto that platform in a way that is really reflecting our quality standards, I think it really opened a lot of -- it can open that franchise and other franchises to a -- a global audience.

Including people who, you know, don't have PCs.  Or especially in China where, you know, Blizzard is a very, very strong Western brand.

You know, regarding the timing, that's something that we'll talk about.  As we go forward, you know, it is very important that we release the game and it is an excellent, excellent experience when it -- when it is released.

MR. KOTICK:  Hey, one thing to add, Brian, is when we got the feedback from people who actually had the chance on a hands-on basis to play the game, it was really positive.

MR. HICKEY:  Operator, can we have the next question, please?

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    35

OPERATOR:  Certainly.  We'll move on to Alexia Quadrani of JP Morgan.

MR. KARNOVSKY:  Hi.  This is David Karnovsky on for Alexia.

Just for Ken, (phonetic), can you provide an update on your advertising outlook and maybe what the contribution of ad revenue was in a quarter or year to date?  Thanks.

MR. ZACCONI:  Hi.  It's Riccardo here.

So as you heard earlier from Bobby, the ads business is performing above plan in Q3.  The team has great momentum as we head into -- into the year end.

And this is off the back of some strong progress in scaling our network and in building demand.  Our ads team has worked closely with the game teams to integrate ads into -- into the key titles.

And in Q3, we made good progress in each -- in each of these areas.  The number of video ad impressions on the platform nearly doubled in Q3 versus Q2.

And we are seeing a strong growth in the number of advertisers committing to meaningful campaigns on our platform, as well as growth in the average span by these clients.

We're now going to build on -- on -- on this

progress. First of all, we're focused on scaling further the ads across our network.

And we are doing this by enabling ads for -- for even more players in the games where ads are already implemented, and also introducing ads to more games.

And then we are also building an even greater demand on the sales side. We believe that rewarded video is a great format for brand advertisers because it associates brands with a positive experience in the game, and therefore, a positive experience in the player's mind.

And because with over 90 percent completion rate, it leads to a strong brand recall. So we think that the rewarded video is a great format. And it's a format that is unique to games.

In the longer term, we want to roll out the ads business also to the other parts of the Activision Blizzard group.

And so I think in -- if -- if I have to summarize, I feel very good about the progress this year in ads.

And as the ads business continues to scale, I expect it to become an even more meaningful contributor -- contributor in 2019.

Activision Blizzard Third Quarter Calendar
November 08, 2018                              37

MR. HICKEY:  Operator, can we take the next question, please?

OPERATOR:  Up next we have Mike Olson of Piper Jaffray.

MR. OLSON:  Hey.  Good afternoon.

I was wondering if you could provide more color on the World of Warcraft launch to date, as well as just any info you could share on plans for more content in between major releases.  Thanks.

MR. BRACK:  Hi Mike.  This is Jay.

Obviously, this is a question that is very near and dear to me.  I worked on World of Warcraft for more than 12 years.

Battle for Azeroth is another great World of Warcraft expansion.  And it is performing in line with expectations.

I'm really proud of the team who, you know, over the last few years has done just an amazing job of really delivering great expansions at a regular cadence, but also adding more content -- more content and updates than ever before.

You know, the -- the expansion launch that we have for Battle of Azeroth and the ongoing content is really how we are gonna kind of continue to engage players between expansions.

Activision Blizzard Third Quarter Calendar
November 08, 2018                                  38

(Unintelligible) team has a very strong content plan as a follow-up for Battle for Azeroth -- follow-on for Battle for Azeroth, rather.

The first content update is called Tides of Vengeance.  And it's gonna come out the week of December 10th.  It will feature two new raids, a new war front, new island expeditions, new allied races.

We have some classic battlegrounds from World of Warcraft that we're remastering.  And we're gonna add some seasonal content as well.

Later plan updates are gonna add new zones, dungeons and raids for people to explore, and additional PVP arena.

As always, you know, we have a really close relationship with the community, and try to respond to all the player feedback, and continue to listen and make -- make improvements in the game.

For 2019, something we've been working on for a while that I'm also very excited about is, you know, the return of World of Warcraft Classic to the community.

Anyone -- and we announced at BlizzCon that anyone with a World of Warcraft subscription will have access to both sort of the modern World of Warcraft as well as WOW Classic.

MR. HICKEY:  Thanks.

Operator, can we take the next question?

OPERATOR:  And our next question will come from Brandon Ross of BTIG.

MR. ROSS:  Hi.  Thanks for taking the question.

You mentioned earlier PC sales for Black Ops 4 were up three times over Black Ops 3.

Any way you could give additional color on the Black Ops PC performance on Battle.net, and maybe how you think about the game's future on PC?  Thanks.

MR. JOHNSON:  Sure.  Thanks.  This is Coddy.

I think, first, it's worth stepping back to remember why we decided to make the investment in PC around Black Ops 4 in development resources, in the way it's architected to the platform to go to market.

And, you know, there's only five or six reasons in there.  And so just to frame those, we can kind of pressure test how we're doing against them.

The -- the first is it opens up Call of Duty to a broader, more global audience as we take it to platforms that reach around the world by PC.

Second, because of the nature of the game and the kinds of modes and engagement that we're seeing, it really lends themselves to PC.

Activision Blizzard Third Quarter Calendar
November 08, 2018                        40

Particularly, for multiplayer.  And for battle royale, of course.

Third, because we're now able as a company to integrate Call of Duty with the Battle.net platform, which is a -- you know, a big thing and very important development.

And it's not only just a sort of compelling and best-in-class (phonetic) PC platform, we also have a much deeper and richer understanding of our players, because they're now on our network and on our platform.

You know, we think the time is right for Call of Duty, as -- as you know and as we talked about, to be expanding across platforms, and to be working across console and PC together.

And then, you know, obviously, PC comes with better profitability, given it's entirely digital. And because it's on our platforms, the economics, you know, could (unintelligible).

So those -- those are like the, you know, five or six things about why we do this.  And -- and -- and the investment, you know, really does seem to be paying off.

You know, as you said, the size of our PC business, you know, is -- is growing multiples, which

is -- which is good, and a good start.

And -- and we've been able to launch it to scale on Battle.net to markets we have not had access to before in Asia.  You know, particularly in Korea.

But also other markets, you know, still to come in Asia.  And so there's -- there's an expansion for us there, particularly with the kind of modes of play that we're were seeing.

And we also see, I think importantly, the broader PC Community rallying around this title.  A lot of that has to do with streamers and influencers who are coming in and really having fun as they play inside the game.

And, you know, Activision has always had good relationships with influencers and streamers. But in this case, really taking it to the next level to -- to service the community, to bring in those influencers and streamers, and -- and kind of give broad viewership and access to what's happening inside the game.

So look.  As we go -- as we go forward, we think there's a lot of opportunity here.  It's on our own digital platform.

There's many options for us in terms of how we market it and how we price it and promote it to new

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    42

audiences around the world.

And so, you know, we'll be looking (phonetic) into that this quarter and as we head into next year.

MR. HICKEY:  Operator, we have time for one last question.

OPERATOR:  Thank you.  And we'll take our final question from Evan Wingren of KeyBanc Capital Markets.

MR. WINGREN:  Thanks.

Yeah.  Just wondering about the pace of digital downloads in Call of Duty, what you're seeing through the launch, and what you are expecting on a go-forward basis.  Thanks.

MR. NEUMANN:  Yeah.  Sure, Evan.  This is Spence.  I'll take this one.

So as -- as you may recall, we talked about Call of Duty World War II last year where we saw about a 30 percent full game download mix, which it was up pretty consistent with what we've seen in the past few years.  About five points year over year.

And based on what we're seeing so far in sell-through (phonetic), we expect to see more than a five point shift this year.

It's -- it's certainly too early to tell.

But the -- the -- you know, the full game download mix has definitely been -- been heavier.

And -- and that's -- that's a good thing for us.  Digital -- digital brings us closer to our consumer.  And, again, as we talked in recent calls, it -- it improves your overall economics.

And -- and, you know, that's -- that's just the console digital mix.  The overall digital mix for Call of Duty should further benefit from the PC focus that -- that Coddy was -- was just discussing, and that great collaboration between the Activision team and Blizzard on Battle.net.

And, you know, I should also say that this -- this is overall, you know, digital shift, it -- it's certainly an ongoing consumer-driven ten -- trend.

But it's -- you know, it's also a lot of great work for our team -- teams to create compelling digital offerings that are -- that are really driving additional digital adoption from our perspective.

So -- so overall, a lot -- a lot -- a lot of nice trends there.  You know, we should also point out when we talk about this, that Call -- Call of Duty, it's a -- it's a mass-market game.

So all channels are important to us while --

while we are certainly driving digital adoption.

And, you know, we'll -- we'll see where we -- where we land here, Evan.  We're -- we'll -- we'll know a lot more as we get through the holiday season.

But -- but overall the trends are strong.  And it's a long-term positive for our business with -- with a lot of runway ahead.

So I think that -- I think that's the -- the last question.  I just want to thank everybody for joining us today.

We look forward to sharing our holiday results next quarter.  And -- and we'll with you next year.

MR. HICKEY:  Thanks very much for joining us.

OPERATOR:  That does conclude today's teleconference.  Thank you all for your participation.  You may now disconnect.

(End of recording.)

* * *

Activision Blizzard Third Quarter Calendar
November 08, 2018                                45

I, SONJA KASSEM, a certified shorthand reporter for the State of California, do hereby certify:

That the foregoing transcript is a verbatim transcription prepared from the electronic sound recording provided to me; that the foregoing is a true and accurate transcription of said recording, to the best of my ability.

Dated this 19th day of February 2020.

*Sonja Kassem*

_____
SONJA KASSEM, CSR 11504

Activision Blizzard Third Quarter Calendar
November 08, 2018                                          1

**$**

$1  16:13
$1.5  20:13
$1.51  19:15
$1.66  19:18
$1.7  20:8
$1.94  22:23
$112  18:9
$113  22:21
$120  22:16
$146  19:18
$2.236  21:23
$2.46  23:6
$22  19:15
$250  20:13
$253  20:4
$3  16:14
$3.4  20:6
$397  18:6
$4  8:20
$40  20:10
  21:13
$43  19:19
$5  22:12
$6  22:4
$7.355  22:15
$70  23:5
$772  22:22
$776  22:5
$812  21:24

**-**

-o0o-  2:2

**1**

1  13:5 16:18
  23:25 24:5
10  16:16
  19:24
10-K  3:13

**100**  13:2
**10th**  38:6
**12**  19:2 23:6
  37:13
**12th**  6:2
**13**  18:21
**14th**  13:5
**15th**  13:12
**16**  14:17
  15:13
**18**  19:21 23:5
**18th**  31:20
**190**  5:9

**2**

2  16:15 18:7,
  11 31:8
2-2  19:6
20  7:4 14:19
  15:7,16 18:14
  25:12
2014  13:3
2017  3:12
  18:12
2018  2:1,8,17
  3:18 18:2
  22:14,24
2019  6:17
  12:19 14:24
  21:4 29:21
  36:25 38:18
20th  16:17
23  21:25
  22:9,12,17
  23:1
262  11:21
28  22:4

**3**

3  14:5,13,17,
  19,21 17:5,6
  25:8,11 39:8
3.4  13:6

**30**  42:19
**34**  19:20
**345**  5:1 11:19
**37**  12:21
**3D**  12:3

**4**

4  6:1 14:4,7,
  23 15:9 16:25
  17:8 19:2
  24:11,17 26:9
  39:8,15
40,000  15:21
42  19:21
43  22:6
44  23:3
46  13:18
47  22:10

**5**

5  19:22
50  7:1 11:12
52  5:3 15:2
53  22:19
55  22:2

**6**

63  22:13
64  22:13

**8**

8  2:1
8th  3:18

**9**

9  22:21
90  36:13
93  12:15

**A**

AAA  14:10
  26:1
ability  5:5
accelerate
  21:7
access  4:14
  38:24 41:3,19
accessibility
  12:10
accounted
  15:7
accruals  3:25
achieve  7:20
  13:24
achieving
  9:14
acquire  27:22
acquisitions
  3:24
Act  20:2
action  10:7
actions  20:14
active  11:20,
  24 12:20,22,
  24 13:17,21
  14:3,16 17:4
  25:8
actively  11:6
  27:8
Activision
  2:8,17 5:3
  7:15 10:3,5,
  24 13:17 14:2
  15:6 18:5
  31:6 36:18
  41:14 43:11
activities
  18:23
actual  3:8
ad  35:7,18
add  13:1
  34:20 38:10,
  11

Activision Blizzard Third Quarter Calendar
November 08, 2018                                        2

added  9:22
  13:9 25:20,24
adding  37:20
addition  4:16
  15:22
additional
  38:13 39:9
  43:20
address  31:7
adjustments
  19:25
adoption
  43:20 44:1
ads  35:10,15,
  16 36:2,3,4,
  5,18,22,23
advancing
  11:6
advantage  5:5
advantages
  5:10
advertisers
  35:22 36:9
advertising
  5:21 6:24
  8:12 11:9
  17:23 23:14
  35:6
afternoon
  2:16 30:19
  37:5
ahead  2:14
  14:12 44:8
Alexia  35:2,4
Allen  2:21
allied  38:7
amazing  37:18
America  15:14
amortization
  3:22 22:1,10,
  18 23:2
amount  20:1
anniversary
  13:12
announced
  10:13 15:23
  31:18 38:22

announcement
  10:18 32:21
announcing
  15:13
annual  3:12
annualized
  20:11
app  16:16
appeal  15:17
appealing
  12:11
applied  11:7
approximately
  20:5 21:13
architected
  39:16
areas  6:24
  27:17 35:18
arena  38:13
articulate
  33:9
Asia  15:14
  41:4,6
assets  3:23
associates
  36:10
attract  4:24
attracted
  12:25
audience  4:25
  10:15 29:13
  34:11 39:21
audiences
  4:24 5:15 8:2
  10:9 42:1
audio  2:6
August  13:5
  19:16,19 30:8
authentic
  16:2 33:17
average  5:1
  35:24
Azeroth  13:4
  18:16 37:14,
  23 38:2,3

—————————————
        B
—————————————
back  12:13
  29:12 32:9,10
  35:13 39:13
Baird  26:15
balance  20:15
Bandicoot
  18:13
base  9:21
  19:6 31:19,21
based  3:3 5:7
  9:17 15:2,16
  42:22
basis  20:11
  21:22 22:7,
  14,25 34:22
  42:14
battle  13:4
  14:10 18:15
  26:1 37:14,23
  38:2,3 40:1
battle.net
  18:24 39:10
  40:4 41:3
Battle.net.
  43:12
battlegrounds
  38:8
begin  2:6
beginning
  33:20
beloved  11:1
benefit  6:5
  20:23 43:9
benefited
  19:24
benefits  4:2
  18:11 21:12
best-in-class
  40:8
big  40:5
biggest  10:7
  16:15 34:6
billing  5:19,
  20

billion  8:20
  12:8 16:13,14
  19:15,18
  20:6,8,13
  21:23 22:15
billions  9:2
bit  26:17
  30:20
Black  6:1
  14:4,5,7,13,
  17,19,21,23
  15:9 16:25
  17:5,6,8
  18:12 24:11,
  17 25:8,11
  26:9 39:7,8,
  10,15
blackout  14:9
  25:24
Blizzard  2:22
  5:3 7:15
  10:3,13,24
  12:20 13:11
  15:7,19 18:14
  26:18,23
  27:1,4 33:5,
  12 34:13
  36:19 43:12
Blizzard's
  2:8,17 27:14
  28:4
Blizzcon
  10:19 15:18
  31:18 32:25
  38:22
block  25:14
Bobby  2:19
  4:20 7:14
  10:10 24:21
  35:10
bookings
  8:21,22 11:11
  14:21 16:13
  19:18
box  6:12,13
Brack  2:21
  26:24 32:19
  37:10

Activision Blizzard Third Quarter Calendar
November 08, 2018                                                    3

brand   34:14
  36:9,14
Brandon   39:4
brands   36:10
breadth   5:25
break   15:10
Brian   32:14
  34:20
bring   8:2
  10:14 32:9
  41:17
brings   14:25
  43:4
broad   41:19
broader   27:9
  39:21 41:10
broadly   12:22
brought   7:7
  29:19
BTIG   39:4
build   15:12
  25:3 26:3
  30:12 35:25
building   14:5
  16:21 25:14
  26:6 35:14
  36:7
builds   12:2
built   16:1
  25:16
Bungie   31:7
bus-   28:10
business   6:19
  7:24 9:13
  11:9 23:7
  28:10 35:11
  36:18,23
  40:25 44:7

————————
         C
————————

cadence   9:12
  37:20
calendar
  21:18
call   2:9,18,
  25 3:20 4:15

6:1,2,8,10,
  14,15 8:15
  9:8,10 10:6,
  10 11:7,23
  14:4,6,22
  17:14 18:6
  19:5 21:2
  23:20 24:11
  25:2 39:20
  40:4,13
  42:12,18
  43:9,23
called   38:4
calls   20:21
  43:5
campaigns
  35:23
Candy   8:16
  9:8,10 11:25
  12:1,3,4,7,8,
  12,18 16:17
  17:14 21:2
  28:25 29:9,
  10,14,17,20,
  21
capabilities
  6:1 16:21
capacity
  20:13
capital   20:3
  42:8
cares   33:2
case   41:16
cash   20:3,4,
  6,7
casual   28:20,
  24 29:3,24
celebrate
  13:11
celebration
  15:19
cents   19:20,
  21,22,24
  22:6,13 23:6
CEO   2:19,22
  4:19
CFO   2:20

challenges
  11:23
chance   34:22
change   14:2
  26:20
channels
  43:25
chapter   27:14
characters
  12:4 29:18
charges   4:1
Charm   30:3
charts   12:15
China   34:13
Christopher
  2:12
Cinematic
  6:11
circumstances
  3:9,17
classic   13:15
  38:8,20,25
clear   10:2
  32:21,25
clients   35:24
close   38:14
closely   35:15
closer   43:4
co-   33:8
Coddy   7:13
  18:1 24:15
  29:14 30:25
  39:12 43:10
codeveloped
  15:25
Colin   26:15
collaborating
  10:5
collaboration
  43:11
collection
  12:3
color   26:22
  32:17 37:7
  39:9
combined   5:7

commercial
  7:22 13:24
  20:25 27:10
commitment
  33:3
committed
  9:13 23:15
committing
  35:22
communities
  8:1,5 27:18
community   7:9
  9:4 15:19
  16:7,8 31:7,
  16,23 33:1,4,
  15 38:15,21
  41:10,17
community's
  33:22
comp   18:17
companies
  5:13
company   3:4,
  15 11:1 40:3
company's   3:8
compelling
  5:6,14 40:7
  43:18
compensation
  3:22
competitive
  5:10
completion
  36:13
comprised
  7:21
compromise
  33:18
computers
  5:18
concerns   31:7
conclude
  44:17
conference
  2:9,12,18
confident
  11:14 16:5

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    4

21:19 24:16
**confirmed**
 10:19
**connect**  5:11
**connection**
 5:8
**considered**
 4:5
**consistent**
 12:21 42:20
**consistently**
 5:13
**console**  11:2
 24:19 27:24
 32:23 40:15
 43:8
**consoles**  5:19
 9:18
**consolidated**
 19:10
**consumer**
 28:14 43:5
**consumer-
driven**  43:15
**content**  5:14,
 16,18 6:8,17
 7:25 8:4,15,
 17,21 9:4,6,
 12 13:10
 15:22 16:23
 17:13 18:13
 20:23 21:9
 25:20,22
 27:16,18 28:7
 29:6 31:3,4,
 14,25 32:23
 37:9,20,23
 38:2,4,10
**context**  20:20
**continue**  4:23
 5:11 6:24
 15:11 16:22
 17:9,21 21:17
 23:12,18 26:2
 27:15,21
 37:24 38:16
**continued**
 8:13,25 18:11

21:3
**continues**
 11:9 13:1
 15:10 36:23
**contribution**
 35:7
**contributor**
 16:15 36:25
**contributors**
 18:6
**COO**  2:20
**core**  14:1
 32:3
**cost**  21:24
 22:16
**costs**  3:24
 22:8,25
**Cotti**  2:20
**count**  22:5,22
**countries**  5:9
 12:15
**Crash**  18:13
**create**  5:6
 11:15 27:18
 28:7 43:18
**created**  9:18
**creation**  8:9
**creative**  7:22
 14:8
**critical**
 17:17
**Crum**  30:17,18
**Crush**  8:16
 9:8,10 11:25
 12:1,4,8,12
 16:17 17:14
 28:25 29:9,
 14,18,20
**culture**  28:6
**cumulative**
 6:13
**customers**
 5:9,15,17 6:4

_____

D

_____

**daily**  15:1
**date**  3:4 6:7
 13:3 31:5
 32:5 35:8
 37:7
**David**  35:3
**day**  2:7 5:3
 13:5
**dear**  37:12
**debt**  3:25
 20:9
**decade**  27:5
**decades**  10:7
**December**  38:6
**decided**  39:14
**decision**  4:8
 24:22
**declined**
 12:24
**deep**  4:24
 25:14 31:17
 32:1
**deeper**  31:11
 40:9
**deeply**  26:7
 32:8
**deeply-
appealing**
 25:25
**deeply-
engaging**  25:3
**deferral**
 19:17,23
**deferrals**
 21:23 22:13,
 15 23:6
**deliver**  5:14
 7:16 8:14 9:4
 28:8 33:17
**delivering**
 28:2,5 37:19
**demand**  35:15
 36:8

**design**  26:3
**designs**  25:21
**Destiny**  13:20
 14:1 18:7,11
 21:5 30:21
 31:8,19 32:3
**Destiny's**
 13:19
**detail**  17:25
**develop**  29:7
 30:9
**development**
 28:23 39:15
 40:6
**Diablo**  10:13,
 20 15:24
 16:1,2,7,9
 32:16,17,23
 33:11,15,16,
 17,24 34:4
**differ**  3:9
**digit**  23:25
**digital**  5:8,
 20 8:12 18:7
 40:17 41:23
 42:12 43:4,8,
 14,19,20 44:1
**direct**  5:8,19
**discipline**
 23:17
**disconnect**
 44:19
**discrete**  4:3
 19:24
**discussed**
 3:11
**discussing**
 43:10
**disruption**
 19:4,7
**distribution**
 21:25 22:8,17
 23:1
**dollars**  9:3
**double**  6:12
**double-digit**
 7:18

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    5

doubled  25:18
  35:19
download  5:20
  12:15 31:20
  42:19 43:1
downloadable
  18:12
downloads
  14:15 42:12
drew  15:19
  30:17,24
drive  4:24
  12:18 16:23
driven  13:19
  18:15
driver  8:13,
  18 9:15 11:3,
  16
drivers  6:18
  7:23 15:3
  25:19
driving
  23:10,15
  43:19 44:1
dungeons
  38:12
Duty  6:1,2,8,
  10,15 8:15
  9:8,10 10:6,
  10 11:8 14:4,
  6,22 17:14
  18:6 21:2
  24:11 25:2
  39:20 40:4,13
  42:12,18
  43:9,23

——————————
          E
——————————

eager  16:8
  32:22
earlier  6:6
  16:19 24:23
  29:14 30:3
  35:10 39:7
early  6:23
  12:16 42:25

earnings  2:8
  4:9 7:18
  19:12 20:21
East  10:15
economics
  40:18 43:6
Edge  28:14
efforts
  28:19,24
enabled  20:7
enabling  36:3
encourage  4:7
  8:6
end  21:18
  33:24 35:12
  44:20
enduring  23:9
energized
  24:17
energy  7:7
engage  5:11
  8:5 26:7
  29:4,11 37:24
engaged  21:9
  31:12 32:8
engagement
  4:24 6:7,20,
  22 8:11 9:6
  11:4,18 12:25
  13:7,23
  14:18,22,25
  15:3,19 16:23
  17:2,4,6,16,
  19,23 19:7
  23:10,13
  25:10,14,17,
  19 26:5 28:9
  30:22 31:17
  32:1 33:3
  39:24
engaging  17:3
enjoying
  31:13
entered  20:5
entertain
  4:23

entertainment
  5:7,12 8:24
  10:11 23:19
  33:12
entice  12:13
entire  23:11,
  18 27:6
epic  5:11
EPS  19:20,21,
  24 21:20
  22:5,12,22
  23:5
equipment
  24:4
Esport  8:11
Esports  7:3
  17:23 18:23
  27:10
established
  29:8
Europe  15:14
Evan  42:8,15
  44:3
events  3:17
  8:5 13:12
exceed  6:25
exceeded  4:22
  7:15
exceeding
  11:10
exceeds  29:15
excellent
  34:18
exceptional
  8:14
excited  17:15
  29:22 38:19
exciting
  6:14,17
exclude  3:21
excluded  4:2
execute  17:9,
  21
execution
  8:14 17:11
  21:18

existing  8:1,
  7 27:16 29:12
expand  11:2
  17:22
expanded
  20:12
expanding
  40:14
expansion  8:7
  9:15 13:8,19,
  23 15:23
  18:19 23:13
  31:2 37:15,22
  41:6
expansions
  37:19,25
expect  20:23
  21:22 22:3,8,
  11,14,20,25
  23:4,17 26:19
  36:24 42:23
expectations
  13:24 18:8
  29:15 30:5
  32:5 37:16
expecting
  42:13
expeditions
  38:7
expense  20:10
  22:3,11,20
  23:4
expenses
  3:21,23,24,25
  21:25 22:1,9,
  17,18 23:1,2
experience
  14:10 16:2,6,
  9 25:4 26:1
  33:17 34:1,18
  36:11,12
experiences
  10:18
experiencing
  9:9
expertise
  10:25

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    6

| | | | |
|---|---|---|---|
| explanation 4:11 | flexible 5:16 | 10,21 30:21 | 18:11 21:24 |
| explore 38:12 | floating 20:8 | 31:5 33:2,11 | 22:8,16,25 |
| expressed 3:10 | flow 20:3,4 | 34:10 | 24:12 25:1 |
| extremely 16:7 | focus 7:23 | franchises | 28:5 29:18,22 |

explanation
 4:11
explore 38:12
expressed
 3:10
extremely
 16:7

_____
    F
_____

face 21:16
facing 18:17
factors 3:7,
 11
facts 3:1
fan 9:21
 10:17 27:5
fans 11:15
 15:21 27:19
fastest 9:25
feature 38:6
features 8:4
 26:6 29:6
 31:25
feedback
 34:21 38:16
feel 27:12
 33:1,16,22
 36:21
fees 3:24
Fewer 5:15
figures
 19:12,23
filings 3:12
final 42:8
financial
 3:19,20 4:16
 7:6 17:24
 20:16
financings
 3:25
finer 26:19
fiscal 21:21
 23:16
flexibility
 20:16

flexible 5:16
floating 20:8
flow 20:3,4
focus 7:23
 17:1 26:17
 27:20 28:4,24
 43:9
focused 6:18
 12:12 17:18
 23:10 36:1
follow 17:10
follow-on
 38:3
follow-up
 38:2
forever 31:21
Form 3:13
format 36:9,
 15,16
Forsaken
 13:19,22 18:7
 30:23 31:2,15
fortunate
 33:1
forward 34:16
 41:21 44:12
forward-
looking 3:2,
 10,16
foundation
 8:18 14:5
 23:7
fourth 8:10
 11:3 20:17,22
frame 39:18
framing 11:16
France 29:14
franchise
 6:10,22 8:5,
 10 9:12,16
 10:7,15 11:4,
 8 12:19 13:2,
 5,16 14:7
 15:3,10,23,24
 16:3 17:2
 18:24 21:17
 26:9 29:1,7,

10,21 30:21
31:5 33:2,11
34:10
franchises
 4:25 5:7 8:8,
 9 9:7,9 10:3,
 11 11:2 15:1
 16:19 17:17,
 20,22 21:5
 23:9 27:8,16,
 22 28:25 29:8
 34:11
frankly 32:25
 33:10
free 31:19
Friend 12:2
Friends 12:7,
 10,12 29:9,20
front 38:7
Frozen 18:18
fulfill 33:24
full 4:10
 14:14 18:3,11
 19:13 32:3
 42:19 43:1
full-year
 20:18 21:15
fully 9:23
 13:25
fun 12:6
 41:12
function 24:3
fundamental
 31:10
future 3:8
 6:14 29:23
 39:11
FX 21:12,13

_____
    G
_____

game 5:19 6:6
 9:23 10:20
 11:25 12:5,
 14,15,17
 13:13 14:6,15
 16:5 17:3

18:11 21:24
22:8,16,25
24:12 25:1
28:5 29:18,22
30:4,11
31:19,21,24
33:19,21
34:7,18,22
35:15 36:11
38:17 39:23
41:13,20
42:19 43:1,24
game's 39:11
games 5:2,4
 9:17 15:2,5,8
 27:5 28:8
 29:3,7,25
 36:4,6,16
gaming 10:1,8
 34:7
gap 3:19 4:6,
 10,17 19:13,
 14,20,24
 21:22,23
 22:3,4,13,14,
 15,20,21 23:6
generate 8:20
 9:2
generated
 6:11 14:21
 19:14,20
generation
 16:24
genre 30:11
genres 29:25
gentlemen
 23:23
gift-giving
 24:23
give 25:22
 32:16 39:9
 41:18
global 15:17
 34:11 39:21
globally 7:4
 27:23
go-forward
 20:9 42:14

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    7

goal   9:14
good   2:7,16
  24:24 25:15
  26:9 27:11
  30:19 35:17
  36:21 37:5
  41:1,15 43:3
great   16:6,25
  26:8,16
  28:10,16
  29:15 35:12
  36:9,15
  37:14,19
  43:11,18
greater   31:12
  36:8
grew   6:25
  9:21 11:12,25
  13:20 18:14
grossing   14:6
ground   16:1
group   36:19
groups   27:10
grow   11:10
growing   6:21
  8:3,10,22
  10:1 11:4,14
  40:25
growth   6:18
  7:18,23 8:18
  9:1,15 11:16
  12:18 13:19
  14:3,17 18:21
  23:16 27:14
  35:21,23
guess   26:17
  31:1
guys   30:19

——————————
H
——————————

half   12:7
  21:14
hands-on
  10:18 34:22
happening
  26:4 41:19

hard   7:12
head   35:12
  42:3
headwinds
  21:13,17
health   30:21
hear   33:7,8,9
heard   29:14
  35:10
Hearthstone
  9:21 12:24
  18:17
heavier   43:2
heavily   20:21
helped   16:13
Hey   24:14
  34:20 37:5
Hickey   2:12,
  15 26:11
  28:11 30:13
  32:11 34:24
  37:1 39:1
  42:5 44:15
high   33:23
high-margin
  9:3
high-quality
  13:22 31:2
high-yield
  20:8
higher   6:9
  7:5 14:14
  15:15 17:7
highest   14:6
  31:4
highest-
grossing
  16:16
highlighted
  15:4
highlighting
  4:17 25:5
highly-
anticipated
  13:14

highly-
engaging   25:1
historical
  3:1 28:20
history   10:12
  14:7
holiday   6:4
  24:23 44:4,12
holistically
  31:8
honored   27:2
hope   17:8
hoping   32:8
hour   8:23
hours   14:18
  17:4
huge   28:1
hugely   27:1
hundreds   5:8,
  14,17 16:3

——————————
I
——————————

II   42:18
Immor-   32:17
Immortal
  10:14 15:24
  16:1 32:16,17
  33:16,24
impact   3:21
  4:2
implemented
  36:5
important
  33:11 34:17
  40:6 43:25
importantly
  11:24 41:9
impressions
  35:19
improve   9:11
  21:8 27:17
improvement
  8:25
improvements
  38:17

improves   43:6
improving
  17:1,18
in-game   8:21
  9:4,12 14:21,
  23 16:12,23
  17:7,9,19
  18:7 20:24
  23:11 31:11
inaugural
  15:12
include   3:11
  19:23
included
  18:10 21:12
includes   8:4
  13:14 19:17
  22:13 23:6
including
  3:12,24 6:15,
  20 9:7 14:9
  15:9 17:23
  18:22 21:23
  22:1,9,15,18
  23:2,13 27:23
  34:12
income   19:1
incorrect   3:6
increased
  18:20 20:14,
  15
increasing
  19:8
incredibly
  7:21
incremental
  9:3
incubation
  18:24
industry   7:22
industry's
  15:8
influencers
  31:10 41:11,
  15,18
info   37:8

Activision Blizzard Third Quarter Calendar
November 08, 2018                                8

| | | | |
|---|---|---|---|
| information | investments | 26:1,4,25 | leadership |
| 3:3 | 11:18 20:6 | 32:4 37:24 | 7:3 26:18 |
| infrastructure | Investor  2:13 | 39:19 41:7,18 | leads  36:14 |
| 11:7 | investors  4:7 | kinds  39:24 | league  7:4,5, |
| initially | invigorate | King  2:22 5:4 | 8 11:4,6 |
| 20:1 | 8:1 | 10:2,25 12:1, | 15:11,17 |
| initiatives | IP  12:5 | 3 16:15 19:1 | 18:23 |
| 6:24 10:24 | iphone  12:15 | King's  11:20, | leagues  8:11 |
| 11:13 13:20 | island  38:7 | 24 28:18 | 23:13 |
| 17:22 18:22 | isolation  4:5 | Knights  18:18 | learn  30:11 |
| 20:25 | item  5:20 | Korea  41:4 | learning  12:2 |
| innovation | 19:24 | Kotick  2:19 | leaving  31:10 |
| 8:14 9:11 | items  4:2,3 | 4:20,21 34:20 | led  32:4 |
| 12:9 14:8 | | | left  24:22 |
| 16:22 21:8 | | | legal  3:24 |
| inside  41:13, | **J** | **L** | Legend  30:7 |
| 19 | | | lends  39:25 |
| intangible | Jaffray  37:4 | Ladies  23:23 | level  14:22 |
| 3:23 | Jay  26:24 | land  44:3 | 41:16 |
| integrate | 32:19 37:10 | landscape | levels  20:14 |
| 35:16 40:4 | Jefferies | 23:19 | life  27:6 |
| intellectual | 24:7 | lapsed  29:13 | 29:19 |
| 9:18 | job  27:11 | large  4:23 | liquidity |
| intended  4:4 | 37:18 | 29:2,12 | 20:14 |
| interactive | Johnson  2:20 | larger  27:13 | listen  38:16 |
| 5:6 23:19 | 7:14 24:14 | largest  8:8 | live  6:20 |
| interest | 30:24 39:12 | 9:1,25 10:8 | 8:3,18,25 |
| 20:10 22:3, | join  2:23 8:6 | 11:25 15:8 | 15:20 16:21 |
| 11,20 23:4 | 24:25 | 29:1 | 17:16,18 21:7 |
| interesting | joining  2:16 | Lastly  11:3 | 26:3,5 29:6 |
| 32:20 | 4:21 44:11,15 | launch  6:2 | 31:24 |
| internally | JP  35:2 | 13:3 14:4 | loaded  31:23 |
| 30:2 | | 18:11,18 | long  30:10 |
| introduce | | 24:11,18,22 | long-lasting |
| 4:19 | **K** | 30:9,23 37:7, | 25:17 |
| introducing | | 22 41:2 42:13 | long-term |
| 36:5 | Karnovsky | launched  6:1 | 44:7 |
| invest  27:16, | 35:3 | 12:1 13:5 | longer  36:17 |
| 21 29:5,24 | Ken  35:5 | launches  16:5 | lot  24:21 |
| investing | key  6:18 7:23 | 21:1 23:8 | 32:22 34:10 |
| 10:3 | 9:7 11:17 | launching | 41:11,22 |
| investment | 18:6 20:24 | 33:19 | 43:17,21 |
| 4:8,25 6:21 | 23:15,25 | lead  28:8,9 | 44:4,8 |
| 11:13 16:12 | 29:3,11,16 | leader  7:18 | lots  6:16 |
| 18:22 39:14 | 31:10 35:16 | 10:2 | loud  32:24 |
| 40:22 | Keybanc  42:8 | leaders  7:22 | love  10:21 |
| | kind  24:25 | 9:13 | 34:1 |
| | 25:13,20,22 | | |

Activision Blizzard Third Quarter Calendar
November 08, 2018                                              9

lower   18:10,
  16 19:2,6
loyal   16:7

_____

        M
_____

made   17:3
  19:25 24:22
  35:17
maintaining
  21:20 23:16
major   7:25
  8:15 17:13
  20:23 21:1
  37:9
majority   8:22
make   12:4
  16:3 23:12
  24:2 38:17
  39:14
makes   33:5
making   2:25
  4:8
March   13:3
market   10:8
  21:16 39:16
  41:25
marketing
  20:24
markets   41:3,
  5 42:9
Marvel   6:11
mass-market
  43:24
materially
  3:9
Meaning   31:20
meaningful
  6:19 12:18
  35:22 36:24
measures   3:20
  4:4,8,12
mechanics
  12:3
meeting   31:9
  33:22

mentioned
  39:7
met   30:5
methods   5:16
metrics   11:18
  29:16
mid-core
  28:19 30:7,8,
  9
Mike   37:3,10
million   5:1
  11:19,21
  12:21 13:2,6,
  18 18:6,9
  19:15,18,19
  20:4,10,13
  21:13,24
  22:4,5,12,16,
  21,22 23:5
millions   5:9,
  14,17 6:5
  15:20 16:3
mind   36:12
minutes   5:3
  15:2
mission   33:18
mix   42:19
  43:1,8
mobile   6:21
  8:8 9:16,17,
  22,24,25
  10:2,4,6,15,
  20,23 15:24
  16:2,16 17:22
  23:12 27:24
  28:19 34:4,6,
  7
mode   12:3
  25:25 32:7
model   9:1
  11:7
models   6:22
  8:11 11:4
  17:23 23:13
modern   38:24
modernization
  12:17

modes   12:25
  13:23 14:8,18
  39:24 41:7
momentum   6:23
  9:10 17:15
  35:12
monetization
  17:10 19:8
  21:10 30:6
month   5:2
  15:6 29:9
monthly
  11:20,24
  12:20,22,24
  13:17,20 14:3
months   25:22
Morgan   32:14
  35:2
move   35:1
multi-year
  27:25
multiplayer
  25:18 40:1
multiple
  18:24 25:17
  33:13,14
multiples
  40:25
mute   24:3
muted   10:17

_____

        N
_____

nature   39:23
net   8:20,22
  11:11 14:21
  16:13 19:17,
  18,23 20:9
  21:22 22:14
Netease   15:25
network   11:23
  19:7 29:2
  35:14 36:2
  40:10
Neumann   2:20
  18:1 42:15

newest   29:10
nice   43:22
non-   19:21
non-gap   3:19,
  20 4:4,10,12,
  17 19:12,13,
  21 21:20
  22:5,7,11,12,
  22,24 23:4,5
North   15:14
noted   19:5
  20:20
notes   20:8
November   2:1
  3:18 6:3
  31:20
Nowak   32:14,
  15
number   3:7
  27:20 28:3
  35:18,22

_____

        O
_____

O'SHEA   24:7,8
obligation
  3:15
occasions
  25:17
October   6:2
  12:1 14:2
offer   5:18
offerings
  43:19
offers   8:22
office   6:12,
  13
offset   18:16,
  21
Olson   37:3,5
one-page   4:18
ongoing
  31:17,25
  33:20 37:23
  43:15
open   23:20
  34:10

Activision Blizzard Third Quarter Calendar
November 08, 2018                                        10

opened  34:10
opens  39:20
operate  31:11
operating
  18:9,20 19:1
  20:4 21:25
  22:9,17 23:1
operations
  6:21 8:4,19
  9:1 16:21
  17:16 21:7,24
  22:8,16,25
  26:3 27:10
Operator  2:7
  23:21,22
  26:12,14
  28:11,13
  30:14,16
  32:11,13
  34:24 35:1
  37:1,3 39:2,3
  42:5,7 44:17
opportunities
  6:16 9:2
  21:4,10 23:18
  30:1
opportunity
  16:20 17:8
  24:24 28:1
  34:3,5 41:22
ops  6:1 14:4,
  5,7,13,17,19,
  21,23 15:9
  16:25 17:5,6,
  8,19 18:12
  24:11,17
  25:8,11 26:9
  39:8,10,15
optimized
  9:23
options  41:24
Ordinarily
  6:2
original  7:6
originally
  9:18
outcome  11:22

outlook  4:23
  7:15,17 18:3
  19:16,19,22
  20:18 21:11,
  15,20 27:9
  35:6
over-
performance
  7:6
overview
  4:13,17
Overwatch  7:4
  11:4 12:22
  15:11 18:16,
  23
owners  7:8

———————————

P

———————————

pace  9:11
  12:18 21:7
  42:11
pacing  14:12
parallel
  20:12
part  13:15
  29:11 32:2
participation
  13:9 44:18
partner  11:22
  19:4,7
partners  7:10
partnership
  30:4
partnerships
  30:2
parts  36:18
past  42:20
pay  20:7
paying  40:23
payment  5:16
PC  11:1 14:13
  24:19,20
  27:23 32:23
  39:7,10,11,
  14,22,25
  40:8,15,16,24

41:10 43:9
PCS  9:19
  34:13
PDE  12:25
people  5:1
  12:8 16:4
  33:25 34:12,
  21 38:12
percent  7:1
  11:12 14:17,
  19 18:14,21
  19:2 21:25
  22:2,4,9,10,
  12,17,19,21
  23:1,3,5
  25:12 36:13
  42:19
performance
  17:19 21:11
  23:11 24:17
  39:10
performing
  21:6 24:12
  35:11 37:15
period  25:13
person  15:21
perspective
  20:4 27:13
  43:20
phones  5:18
phonetic
  3:13,22 7:19
  9:5,23 10:14
  11:10 12:5
  13:8 14:12,13
  19:6 21:12
  31:10,14 34:8
  35:5 40:8
  42:3,23
pil-  23:16
pillars  23:16
pipeline
  26:22 28:1,2,
  18
Piper  37:4
place  9:7
  32:1

plan  11:18
  33:7 35:11
  38:2,11
planned  6:14
planning  11:5
plans  6:25
  7:6 11:10
  37:8
platform  8:8
  9:22 10:1
  15:9 34:6,8
  35:19,23
  39:16 40:5,8,
  11 41:23
platforms
  18:25 27:23
  39:22 40:14,
  18
play  12:6
  13:24 14:9
  25:15 28:5
  31:23 34:22
  41:8,12
playability
  25:22
played  5:2
  12:8 14:18
player  6:16
  16:12 38:16
player's
  36:12
players  5:2
  6:5,15 8:6
  10:21 12:13
  13:2,3 16:6
  21:9 24:25
  25:14 26:5
  27:23 28:9
  29:12 31:9,13
  32:6,9,22
  36:4 37:25
  40:9
players'
  10:18
playing  5:3
  15:1 29:2
  31:17

Activision Blizzard Third Quarter Calendar
November 08, 2018                                        11

| | | | |
|---|---|---|---|
| Playstudios 30:4 | priority 28:3 29:4 | Q2 11:22 13:18 18:12 35:20 | Raymond 28:14 reach 11:2, 18,19 13:20 |
| pleased 6:23 17:12 | process 27:12 product 21:24 22:8,16,25 | Q3 2:8 7:16 11:20,21 16:13 18:2,5 | 15:3 24:4 27:21 39:22 reached 15:2 |
| point 26:19 42:24 43:22 | products 5:22 professional 6:16 | 19:5,14,20 20:4 21:12 35:11,17,19 | reaching 12:14 13:2 reaction |
| pointed 10:10 points 42:21 polished 29:17 | profit 18:9, 20 profitability 40:17 | Q4 13:10 14:24 18:3 20:23 21:22 22:7 | 10:17 32:21 reason 29:3 reasons 39:18 |
| portfolio 23:11 | profitably 11:10 | QC 11:17 Quadrani 35:2 | recall 36:14 42:17 |
| position 7:3 20:7 30:10 | progress 23:12 35:14, 17 36:1,21 | quality 28:5 31:4 34:9 | recent 6:8 17:13 21:1 23:8 43:5 |
| positive 11:22 12:17 34:23 36:10, 11 44:7 | progressions 25:21 projects 33:14 | quarter 2:17 4:22 5:1 11:12 12:21, 23 13:8,21 | recognize 21:16 reconciliation 4:11 19:13 |
| post 30:22 31:8 | prominent 12:5 | 16:17 18:4,10 19:3,9,14 20:5,9,17,22 | record 5:3 13:6 15:2 16:14 18:18 |
| post-launch 24:13 | promising 17:21 | 35:7 42:3 44:13 | recorded 2:10 20:1 |
| posted 4:9,14 posting 4:16 potential 9:2 | promote 41:25 property 9:18 proud 37:17 | question 23:24 24:5,6, 9 26:12,14 | recording 2:6 44:20 |
| Powerpoint 4:13 | prove 3:6 provide 5:15 | 28:12,13,17 30:14,16 32:12,13,15 | records 15:10 redefined 22:7,24 |
| powers 31:12 present 3:19 6:19 | 20:13,20 21:9 26:22 35:5 37:6 | 34:25 37:2,11 39:2,3,6 42:6,8 44:10 | reducing 20:9 reduction 21:14 |
| presentation 3:3,4 President 2:13,21 | provided 21:15 provisional 20:1 | | reengage 13:25 32:3 refer 4:9 19:12 |
| pressing 23:24 | publicly 3:16 | R | referencing 19:11 |
| pressure 39:19 | push 16:22 put 26:19 | races 38:7 raids 38:6,12 | refinancings 4:1 |
| pretty 42:20 previous 7:16 27:11 | PVP 38:13 | rallying 41:10 rate 20:9 | reflect 3:17 reflecting |
| price 41:25 prices 7:5 15:15 | Q | 21:12 22:4, 12,21 23:5 36:14 | 15:17 34:9 Reform 20:2 |
| prior 4:23 12:21 18:19 25:7,11 | Q&a 2:21 23:20 | Ray 28:21 | |

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    12

regular   37:19
reinforce
  8:17
reiterating
  31:1
related   3:21,
  23,25 26:21
Relations
  2:13
relationship
  38:15
relationships
  41:15
relative
  16:20
release   3:16
  4:9 13:14
  18:12 19:12
  21:8 30:7
  33:21 34:17
released
  29:9,18 30:3
  34:19
releases   8:1,
  15,17 10:4,21
  17:13 20:24
  37:9
remain   6:18
  7:16 17:18
remains   9:25
  23:7
remastering
  38:9
remember
  39:14
remind   2:24
report   3:12
represents
  8:21 21:13
Research
  28:15
resources
  39:15
respect   4:11
respond   38:15
responding
  26:5

restructuring
  4:1
result   14:23
  17:12
resulting
  19:25
results   3:8
  4:6,17,22
  7:20 11:17
  17:24 18:2,4
  19:10 28:10
  44:13
retain   29:4,
  11
retention
  12:16 30:5
return   38:20
reveal   15:22
revenue   6:11,
  20 8:11 9:3
  14:23 16:24
  17:9,19 18:5,
  7,14,16,21
  19:1,6 20:24
  21:14,20 35:7
revenues   6:25
  17:7 19:15
  21:23 22:15
review   17:24
  18:2,3 31:11
reviewers
  31:16
revisions
  3:16
revolver
  20:12
rewarded
  36:9,15
rewards   31:12
Riccardo   2:22
  28:22 30:13
  35:9
richer   40:9
risk   3:11
  17:12
risks   21:18

roadmaps   9:7
Robert   26:15
robust   9:6
role   27:3
roll   36:17
Ross   39:4,5
roughly   20:10
row   16:17
Royal   30:3
royale   14:10
  26:1 40:1
run   26:9
runway   44:8

―――――――

S

―――――――

Saga   11:25
  12:2 16:17
sales   5:20
  15:13 36:8
  39:7
scale   36:23
  41:3
scaling   35:14
  36:1
scheme   8:3
season   7:8
  11:5 15:12,16
  44:5
seasonal
  38:10
Sebastian
  26:15,16
SEC   3:12
segment   18:4,
  5,9,14,20
  19:1
selectively
  29:25
sell   5:22
  14:11,13
sell-through
  42:23
selling   13:6
Senior   2:12

September
  15:13
sequential
  13:18
sequentially
  7:1 13:18
serve   27:18
service   41:17
services   8:4
  13:9 26:6
  31:25
set   13:5
  16:14 21:3
share   7:18
  11:17 16:10
  22:5,22 37:8
shared   11:1
shareholders
  7:10 11:15
  23:17
sharing   44:12
sharply   13:7
  17:4
sheet   20:15
shift   42:24
  43:14
shifts   14:14
showing   3:14
side   36:8
signal   23:24
  24:4,5
significant
  4:3,25 14:14
  34:5
significantly
  9:22 15:6
  17:7 25:9
sir   2:14
size   40:24
slide   3:13
Slots   30:4
small   11:11
software
  22:1,10,18
  23:2
sold   7:3

Activision Blizzard Third Quarter Calendar
November 08, 2018                                             13

Solgard  30:8
sort  34:3
  38:24 40:7
space  30:9,12
span  35:24
spanning
  15:13
speakerphone
  24:2
special  33:5
specifically
  34:4
specifics
  20:19
spectator  5:6
  6:8
speed  21:8
Spence  17:24
  42:16
Spencer  2:20
spend  30:20
spent  5:2
  15:1
stable  11:21
  12:23
stage  21:3
standards
  33:23 34:9
Stanley  32:14
star  6:13
  23:25 24:5
start  12:14
  14:8 18:4
  24:19 25:15
  26:25 29:15
  31:1 41:1
started  11:19
  19:5
statements
  2:25 3:2,10,
  17
stats  25:6
stay  26:20
steady  29:5
step  14:2
  26:2

stepping
  39:13
Stifel  30:17
Stochel
  28:14,16
stock-based
  3:21
store  16:11
stores  5:23
  16:16
storied  27:1
strategic
  18:22
strategy
  21:19 29:11
stream  15:20
  29:6
streamers
  41:11,15,18
streaming
  15:8
strengthen
  23:8
strengthened
  20:15
strengthening
  7:2
strengthens
  29:20
strong  8:17
  12:14,25
  13:9,23 14:7,
  17,23 17:9
  19:3,7 20:7,
  24 23:8,10
  24:18 25:19
  27:7 28:6
  30:10 34:14
  35:13,21
  36:14 38:1
  44:6
stronger
  16:23
strongest
  27:25
structure
  20:3

studio  27:1
subscription
  5:19 13:16
  38:23
substantially
  7:5 15:14
substitute
  4:5
success  9:24
  15:12 28:20
successful
  9:17 10:11
  14:4 17:1
  21:3
summarize
  36:21
summary  4:18
summery  17:11
superior  4:6
support  7:12
  33:20
system  25:21
  26:3

_____

T

_____

takes  32:1
taking  10:6
  24:8 28:16
  32:15 34:7
  39:5 41:16
talented
  7:11,21
talk  34:16
  43:23
talked  40:13
  42:17 43:5
talking  31:9
targets  12:7
tax  4:2 19:24
  20:1 22:4,12,
  21 23:5
tax-related
  4:3
teach  19:6
team  15:15
  16:10 21:19

25:2 30:6
  35:11,15
  37:17 38:1
  43:11,18
teams  7:4,11,
  21 8:13 15:16
  27:9 33:14
  35:16 43:18
teleconference
  44:18
telephone
  24:1
ten  43:15
Tencent  10:6
tenfold  10:14
tens  5:23
tent-pole
  33:11
term  30:10
  36:17
terms  30:22
  41:24
test  39:19
thing  34:20
  40:5 43:3
things  33:4,
  8,13 40:21
thou-  5:23
thousands
  5:23
Throne  18:19
THURSDAY  2:1
Tides  38:4
Tim  24:7,14
time  2:11
  15:1 16:9
  24:22 30:21
  32:9 40:12
  42:5
times  14:14
  39:8
timing  21:12
  32:18 34:15
title  14:22
  25:7,11 29:10
  41:10

Activision Blizzard Third Quarter Calendar
November 08, 2018                                    14

titles  6:3
  15:7 16:16
  28:19,20 29:7
  35:16
today  2:17
  3:18 4:22
  9:17 18:2
  27:7 34:7
  44:11
today's  2:9
  44:17
top  12:14
  15:7 16:16
total  14:16
  25:8
touch-tone
  23:25
touched  30:19
tough  18:17
track  7:16
transition
  26:18
translated
  17:6
trend  43:16
trends  12:17
  19:8 43:22
  44:6
true  3:5
turn  2:11
  19:10 20:17
turned  24:3
Turning  16:12

─────────────
          U
─────────────

ultimate  14:9
  15:18
ultimately
  3:5
underperforman
ce  32:4
underperformed
  18:8
underperformin
g  16:20

underscoring
  14:20
understanding
  40:9
undertakes
  3:15
underway
  10:24
unintelligible
  7:25 10:25
  13:7 14:1,11
  38:1 40:19
Unintelligigib
le  13:1
unique  5:5
  36:16
unit  9:13
units  13:6
  14:11
universe  6:12
  31:3
update  24:10,
  12 35:6 38:4
updates  37:21
  38:11
upside  6:20
upwardly-
revised  7:17
user  15:1
users  11:20,
  21,24 12:20,
  22,24 13:17,
  21 14:3,16
  17:4 25:8
  29:2

─────────────
          V
─────────────

valuations
  15:15
values  28:6
Vengeance
  38:5
verses  25:7
versus  7:6
  14:19 17:4
  18:10 25:8,10

  28:19 35:20
Vice  2:12
video  5:18
  35:18 36:9,15
view  27:7,11
viewed  15:8
viewers  15:20
viewership
  15:5,9 41:19
viewing  6:9
virtual  5:20
visuals  12:4
vocal  16:7

─────────────
          W
─────────────

wait  32:7
war  38:7
  42:18
Warcraft  8:16
  9:8 13:4,15
  17:13 18:15
  21:2 37:7,12,
  15 38:9,20,
  23,24
Warcraft's
  13:12
Wars  6:13
webcast  4:14
website  4:15
week  6:3
  10:13 38:5
weeks  14:12,
  16 31:19
weighted
  20:21
well-received
  10:20 31:15
West  10:16
Western  10:9
  34:14
win  12:13
  29:12 32:10
window  24:23,
  24

Wingren  42:8,
  10
wondering
  24:10 37:6
  42:11
work  7:12
  13:25 27:17
  43:18
worked  35:15
  37:12
working  21:7
  27:8 30:6
  31:7 32:9
  33:14 38:18
  40:15
world  5:11,24
  7:11 8:15 9:8
  10:1,8,21
  13:4,11,15
  15:20 16:4
  17:13 18:15
  21:1 37:7,12,
  14 38:9,20,
  23,24 39:22
  42:1,18
world's  8:8
worth  14:20
  25:5 39:13
WOW  38:25
www.
activisionbliz
zard.com  4:10

─────────────
          Y
─────────────

year  7:17,18
  8:20 11:25
  13:11,21
  17:12 18:3,
  10,15,19,21
  19:2,4 20:21
  21:18,21 30:3
  35:7,12 36:22
  42:4,18,21,24
  44:14
year-round
  9:4

Activision Blizzard Third Quarter Calendar
November 08, 2018                                15

**year-to-date**
  16:14
**years**  6:8
  12:2,9 25:23
  37:13,18
  42:21

---

Z

---

**Zacconi**  2:22
  28:21 35:9
**zombies**  18:12
  25:18
**zones**  38:11

# Exhibit N

## [MANUALLY LODGED WITH THE COURT]