COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
ERIN C. TRENDA (277155)
(etrenda@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

*Attorneys for Defendants Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson*

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN AND COLLISTER JOHNSON,<br><br>              Defendants. | Case No.  2:19-CV-03788-SVW-AFM<br><br>**DEFENDANTS' REQUEST FOR ENTRY OF FINAL JUDGMENT UNDER FED. R. CIV. P. 58**<br><br>Judge:      Hon. Stephen V. Wilson |

Defendants Activision Blizzard, Inc., Robert A. Kotick, Spencer Neumann, and Collister Johnson (collectively, "Defendants"), hereby request that the Court direct the Clerk of the Court enter final judgment, submitted herewith, under Federal Rule of Civil Procedure 58.

On March 23, 2020, the Court granted Defendants' Motion to Dismiss the First Amended Consolidated Complaint (the "Order"). (ECF 151.) The Order granted Plaintiff 14 days to amend its First Amended Consolidated Complaint ("FAC"), noting that failure to amend within this timeframe would result in dismissal with prejudice. (*Id.*) Because Plaintiff did not amend the FAC within this timeframe (*i.e.*, by April 7, 2020), dismissal with prejudice is warranted.

Dated:      April 8, 2020              COOLEY LLP


                                       */s/ Koji F. Fukumura*
                                       Koji F. Fukumura (189719)
                                       Attorneys for Defendants
                                       ACTIVISION BLIZZARD, INC., ROBERT
                                       A. KOTICK, AND COLLISTER JOHNSON


Dated:      April 8, 2020              IRELL & MANELLA LLP


                                       */s/ Craig Varnen*
                                       Craig Varnen (170263)
                                       Alaina Bird (318044)

                                       Attorneys for Defendant
                                       SPENCER NEUMANN

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

REQUEST FOR ENTRY OF FINAL JUDGMENT
2 2:19-CV-03788-SVW-AFM

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Koji F. Fukumura, attest on behalf of all other signatories that concurrence in the content of this filing and authorization to make this filing have been obtained from each of the other signatories.


Dated:        April 8, 2020                  */s/ Koji F. Fukumura*
                                             Koji F. Fukumura