UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN AND COLLISTER JOHNSON,<br><br>Defendants. | Case No. 2:19-CV-03788-SVW-AFM<br><br>**JUDGMENT** |

On March 23, 2020, the Court granted Defendants' Motion to Dismiss the First Amended Consolidated Complaint (the "Order"). (ECF 151.) The Order granted Plaintiff 14 days to amend the First Amended Consolidated Complaint ("FAC"), noting that failure to amend within this timeframe would result in dismissal with prejudice. (*Id.*) Because Plaintiff did not amend the FAC within this timeframe (*i.e.*, by April 7, 2020), dismissal with prejudice is warranted.

Accordingly, pursuant to the Court's Order dismissing this case, JUDGMENT is HEREBY ENTERED in favor of Activision Blizzard, Inc., Robert A. Kotick, Spencer Neumann, and Collister Johnson (collectively, "Defendants") and against Lead Plaintiff United Association Local Union 393 Defined Benefit Pension Plan and Defined Contribution Plans.

**IT IS SO ORDERED.**

Dated: April 9, 2020

Hon. Stephen V. Wilson
United States District Court Judge